**JOHN L. BURRIS, Esq., SBN 69888**
**ADANTE D. POINTER, Esq., SBN 236229**
**MELISSA NOLD, Esq., SBN 301378**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Center
7677 Oakport St., Suite 1120
Oakland, California 94621
Telephone:   (510) 839-5200
Facsimile:   (510) 839-3882
John.Burris@johnburrislaw.com
Adante.Pointer@johnburrislaw.com
Melissa.Nold@johnburrislaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORI MCCOY, individually and as Co-Successor-in-Interest to Decedent WILLIE MCCOY, et al.,<br><br>              Plaintiffs,<br><br>v.<br><br>CITY OF VALLEJO, a municipal corporation, et al.,<br><br>              Defendants. | Case No.: 2:19-at-00535<br><br>**NOTICE OF APPEARANCE** |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   PLEASE TAKE NOTICE that Melissa C. Nold of the Law Offices of John L. Burris, 7677 Oakport Street, Suite 1120, Oakland, CA 94621 hereby enters her appearance in the above-captioned matter as counsel to be noticed on behalf of Plaintiffs and requests copies of all briefs, motions, order, correspondence and other papers be served on the undersigned.  Counsel's email

/ /

address, for purposes of receipt of Notices of Electronic Filing, is the following:

melissa.nold@johnburrislaw.com.

Dated:  June 27, 2019             **LAW OFFICES OF JOHN L. BURRIS**

<u>**/s/ Melissa C. Nold**</u>
Melissa C. Nold
Attorneys for Plaintiffs