DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
KEVIN P. ALLEN, State Bar No. 252290
kallen@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:    (415) 697-2000
Facsimile:     (415) 813-2045

Attorneys for Defendants
CITY OF VALLEJO, ANDREW BIDOU, GREG NYHOFF, RYAN MCMAHON, MARK THOMPSON, BRYAN GLICK, ANTHONY CANO, COLIN EATON, and JORDON PATZER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO COURTHOUSE

| | |
|---|---|
| KORI MCCOY, individually and as Co-Successor-in-Interest to Decedent WILLIE MCCOY; MARC MCCOY, individually and as Co-Successor-in-Interest to Decedent WILLIE MCCOY; LOUIS MCCOY, individually and as Co-Successor-in-Interest to Decedent WILLIE MCCOY; SHAWNMELL MITCHELL, individually and as Co-Successor-in-Interest to Decedent WILLIE MCCOY; and MARQUITA MCCOY, individually and as Co-Successor-in-Interest to Decedent WILLIE MCCOY, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF VALLEJO, municipal corporation; ANDREW BIDOU, in his official capacity as Chief of Police for the City of Vallejo; GREG NYHOFF, in his official capacity as City Manager of the City of Vallejo; RYAN MCMAHON, individually and in his capacity as a City of Vallejo Police Officer; MARK THOMPSON, individually and in his capacity as a City of Vallejo Police Officer; BRYAN GLICK, individually and in his capacity as a City of Vallejo Police Officer; ANTHONY ROMERO-CANO, individually and in his capacity as | Case No. 2:19-cv-001191-JAM-CKD <br><br> **[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO DISMISS THE COMPLAINT (F.R.C.P. 12(B)(6))** <br><br> Hon. John A. Mendez <br><br> Date:   January 14, 2020 <br> Time:   1:30 p.m. <br> Ctrm:   6, 14th Floor |

351552.1

a City of Vallejo Police Officer; COLLIN EATON, individually and in his capacity as a City of Vallejo Police Officer; JORDAN PATZER, individually and in his capacity as a City of Vallejo Police Officer and DOES 1-50, inclusive,

Defendants.

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The motion by City of Vallejo, Andrew Bidou, Greg Nyhoff, Ryan McMahon, Mark Thompson, Bryan Glick, Anthony Cano, Colin Eaton, and Jordon Patzer("Defendants") to dismiss the Complaint filed by plaintiffs Kori McCoy, Marc McCoy, Louis McCoy, Shawnmell McCoy, and Marquita McCoy ("Plaintiffs") came on regularly for hearing on that on January 14, 2020, at 1:30 p.m., in Courtroom 6 of the above-entitled Court, located on the 14th Floor at 501 "I" Street in Sacramento, California, 95814. Allen, Glaessner, Hazelwood & Werth appeared on behalf of Defendants and the Law Offices of John L. Burris appeared on behalf of Plaintiffs.

Having considered the papers in regard to this motion, and after oral argument, the Court hereby rules as follows:

1. Defendants' Rule 12(b)(6) motion is GRANTED.

In light of the above rulings, Plaintiffs' third cause of action for Monell liability is hereby DISMISSED WITH PREJUDICE. The Court further DISMISSES WITH PREJUDICE defendants Andrew Bidou and Greg Nyhoff.

IT IS SO ORDERED.

Dated:

HON. JOHN A. MENDEZ
U.S. DISTRICT JUDGE

# PROOF OF SERVICE

I am a resident of the State of California, over 18 years of age and not a party to the within action. I am employed in the County of San Francisco; my business address is: 180 Montgomery Street, Suite 1200, San Francisco, CA 94104. On November 18, 2019, I served the within: **[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO DISMISS THE COMPLAINT (F.R.C.P. 12(B)(6))** on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

SEE ATTACHED SERVICE LIST

[X] **By United States Mail:** I enclosed the document in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope/package for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing documents for mailing. On the same day that the document is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing an affidavit.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California.

[ ] **By Fax Transmission:** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

[ ] **By Overnight Delivery:** I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the persons listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

[ ] **By Messenger Service:** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed above and providing them to a professional messenger service for service.

[ ] **By E-Mail or Electronic Transmission:** Based on a court order or an agreement of the parties to accept service by email or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[X] ***(FEDERAL)*** I declare under the laws of the United States of America that I am employed in the office of a member of the Bar of this court at whose direction the service was made and that the foregoing is true and correct.

Executed on November 18, 2019, at San Francisco, California.

Grant Wekesser

351552.1

**SERVICE LIST**

John L. Burris
Melissa Catherine Nold
Adante Pointer
Law Offices of John L. Burris
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland, CA 94621

Attorneys for Plaintiffs
Telephone: (510) 839-5200
Facsimile: (510) 839-3883
E-Mail: John.Burris@johnburrislaw.com