1  DALE L. ALLEN, JR., State Bar No. 145279
   dallen@aghwlaw.com
2  KEVIN P. ALLEN, State Bar No. 252290
   kallen@aghwlaw.com
3  ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
   180 Montgomery Street, Suite 1200
4  San Francisco, CA  94104
   Telephone:    (415) 697-2000
5  Facsimile:    (415) 813-2045

6  Attorneys for Defendants
   CITY OF VALLEJO, ANDREW BIDOU, GREG
7  NYHOFF, RYAN MCMAHON, MARK THOMPSON,
   BRYAN GLICK, ANTHONY CANO, COLIN EATON,
8  and JORDON PATZER

9                  UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

11                   SACRAMENTO COURTHOUSE

12  KORI MCCOY, individually and as Co-        Case No. 2:19-cv-001191-JAM-CKD
13  Successor-in-Interest to Decedent WILLIE
    MCCOY; MARC MCCOY, individually           **DEFENDANTS' NOTICE OF RELATED**
14  and as Co-Successor-in-Interest to        **CASE PER COURT ORDER**
    Decedent WILLIE MCCOY; LOUIS
15  MCCOY, individually and as Co-            Hon. John A. Mendez
    Successor-in-Interest to Decedent WILLIE
16  MCCOY; SHAWNMELL MITCHELL,
    individually and as Co-Successor-in-
17  Interest to Decedent WILLIE MCCOY;
    and MARQUITA MCCOY, individually
18  and as Co-Successor-in-Interest to
    Decedent WILLIE MCCOY,

19                    Plaintiffs,

20        v.

21  CITY OF VALLEJO, municipal
22  corporation; ANDREW BIDOU, in his
    official capacity as Chief of Police for the
23  City of Vallejo; GREG NYHOFF, in his
    official capacity as City Manager of the
24  City of Vallejo; RYAN MCMAHON,
    individually and in his capacity as a City
25  of Vallejo Police Officer; MARK
    THOMPSON, individually and in his
26  capacity as a City of Vallejo Police
    Officer; BRYAN GLICK, individually
27  and in his capacity as a City of Vallejo
    Police Officer; ANTHONY ROMERO-
28  CANO, individually and in his capacity as

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

327719.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

1  a City of Vallejo Police Officer; COLLIN
   EATON, individually and in his capacity
2  as a City of Vallejo Police Officer;
   JORDAN PATZER, individually and in
3  his capacity as a City of Vallejo Police
   Officer and DOES 1-50, inclusive,
4
                    Defendants.
5

6

7        Pursuant to the Order of Judge Kimberly J. Mueller in the matter of *Thurston v. City of*

8  *Vallejo et al.,* Case No. 2:19-cv-01902-KJM-CKD (attached hereto as Exhibit A), Defendants

9  submit the present Notice of Related Case for the Court's consideration.  Defendants respectfully

10 disagree with Judge Mueller and do not believe that the two cases are related within the meaning

11 of Local Rule 123.

12       The present case of *McCoy, et al. v. City of Vallejo, et al.* Case No. 2:19-cv-01191-JAM-

13 CKD, arises from an officer-involved shooting incident that took place on February 10, 2019.

14 The case of *Thurston v. City of Vallejo, et al.,* Case No. 2:19-cv-01902-KJM-CKD, arises from a

15 traffic stop where the Plaintiff alleges that the officers used excessive force in removing her from

16 her vehicle and placing her in handcuffs, and also alleges that a female officer conducted a search

17 of her body in an inappropriate manner.  None of the officers named as defendants in the instant

18 case are named as defendants in the *Thurston* case.

19       What the two cases do have in common is that Plaintiffs' counsel utilized the same *Monell*

20 allegations into each Complaint, asserting *Monell* liability based on prior, current, or anticipated

21 future lawsuits or claims against the Vallejo Police Department where the allegations and liability

22 are disputed.  As discussed in Defendants' recent Motion to Dismiss, these allegations cannot

23 support a *Monell* cause of action because they are based on unsubstantiated claims, and also

24 because they are based on a variety of alleged police conduct that is not substantially similar to

25 the case at issue.

26

27

28

2

NOTICE OF RELATED CASE
2:19-CV-001191-JAM-CKD

327719.1

1

2   Dated:  December 13, 2019

3

Respectfully submitted,

ALLEN, GLAESSNER,
HAZELWOOD & WERTH, LLP

4

By:   */s/ Dale L. Allen, Jr.*
DALE L. ALLEN, JR.

5   KEVIN P. ALLEN
Attorneys for Defendants

6   CITY OF VALLEJO, ANDREW BIDOU,
GREG   NYHOFF,   RYAN   MCMAHON,

7   MARK   THOMPSON,   BRYAN   GLICK,
ANTHONY  CANO,  COLIN  EATON,  and

8   JORDON PATZER

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

3

NOTICE OF RELATED CASE
2:19-CV-001191-JAM-CKD

327719.1

# EXHIBIT A

1  **CLAUDIA M. QUINTANA**
2  City Attorney, SBN 178613
   **BY: KATELYN M. KNIGHT**
3  Deputy City Attorney, SBN 264573
4  **CITY OF VALLEJO**, City Hall
   555 Santa Clara Street, P.O. Box 3068
5  Vallejo, CA 94590
6  Tel:  (707) 648-4545
   Fax:  (707) 648-4687
7  Email: katelyn.knight@cityofvallejo.net

8
9  Attorneys for Defendants, CITY OF VALLEJO,
   ANDREW BIDOU, KEVIN BARRETO, HEATHER SMITH
10

11
12              **UNITED STATES DISTRICT COURT**

13          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

14
   DELON THURSTON, an individual,          Case No:  2:19-cv-01902-KJM-CKD
15
16              Plaintiff,                  **STIPULATION FOR EXTENSION OF
                                            TIME TO FILE RESPONSIVE
17     vs.                                  PLEADING; ORDER [LOCAL RULE
                                            144(a)]**
18
   CITY OF VALLEJO, a municipal
19 corporation, ANDREW BIDOU, in his
   official capacity as Chief of Police; KEVIN
20 BARRETO, individually and in his official
   capacity as a Police Officer for the CITY OF
21 VALLEJO; HEATHER LAMB,
22 individually and in her official capacity as a
   Police Officer for the CITY OF VALLEJO;
23 and DOES 1-50, individually and in their
24 official capacities as Police Officers for the
   CITY OF VALLEJO,  jointly and severally,
25
26              Defendants
27
28     **WHEREAS** Plaintiffs' counsel filed four suits against the City of Vallejo around

---

the same time: *McCoy, et al. v. City of Vallejo, et al.*, Case No 2:19-cv-01191-JAM-CKD; *Burrell, et al. v. City of Vallejo, et al.*, Case No. 2:19-cv-01898-WBS-KJN; *Jenkins, v. City of Vallejo, et al.*, Case No. 219-cv-01896-TLN-DB; and *Thurston v. City of Vallejo, et al.*, Case No. 2:19-cv-01902-KJM-CKD.

**WHEREAS** the Complaints filed in each of these cases contained identical allegations pertaining to prior lawsuits brought against the City of Vallejo in support of a *Monell* claim and assert causes of action against individuals in both official and individual capacities, which Defendants contend is not appropriate and subjects the Complaint to a motion under Rule 12 of the Federal Rules of Civil Procedure;

**WHEREAS** counsel has engaged in extensive meet and confer discussions in the case of *McCoy et al. v. City of Vallejo, et al.*, Case No. Case No 2:19-cv-01191-JAM-CKD to attempt to resolve these issues, and will be filing a motion to dismiss with a hearing date of December 17, 2019;

**WHEREAS** the parties believe that the Court's decision on the motion in *McCoy, et al. v. City of Vallejo et al.* may assist them in their meet and confer efforts regarding resolution of the pleadings in the *Burrell, Jenkins,* and *Thurston* matters;

**WHEREAS** the parties previously stipulated to a 28-day extension of Defendants' responsive pleading deadline and require leave of Court for an additional extension pursuant to Local Rule 144(a);

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that Defendants' deadline to file a responsive pleading be extended until 30 days following the Court's order on Defendants' motion to dismiss in the matter of *McCoy et al. v. City of Vallejo, et al.*

DATED: November 18, 2019           _/s/ Melissa Nold_
                                   MELISSA NOLD
                                   Attorney for Plaintiff DELON
                                   THURSTON

DATED:  November 18, 2019                    _/s/ Katelyn M. Knight_
                                             KATELYN M. KNIGHT
                                             Deputy City Attorney
                                             Attorney for Defendants CITY OF
                                             VALLEJO, ANDREW BIDOU, KEVIN
                                             BARRETO, and HEATHER SMITH

                                  *   *   *

While the court declines to grant the parties' stipulation, this case is stayed.  The parties shall notify the court within seven (7) days of any decision in the *McCoy* case that they believe warrants lifting of the stay.

Additionally, the parties are directed to file a Notice of Related Case in the *McCoy* case for consideration by the judge in that lower-numbered case. L.R. 123.

**SO ORDERED.**

DATED:  November 19, 2019

                                             _____
                                             UNITED STATES DISTRICT JUDGE

Case No. 2:19-cv-01902-KJM-CKD                    STIPULATION FOR
                                                  EXTENSION AND
                                                  ORDER

-3-