**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**BY:    KATELYN M. KNIGHT**
Deputy City Attorney, SBN 264573
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA  94590
Tel:    (707) 648-4545
Fax:    (707) 648-4687
Email: Katelyn.knight@cityofvallejo.net

**DALE L. ALLEN, JR., State Bar No. 145279**
dallen@aghwlaw.com
**KEVIN P. ALLEN, State Bar No. 252290**
kallen@aghwlaw.com
**ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP**
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone: (415)697-2000
Facsimile: (415)813-2045

Attorneys for Defendants
CITY OF VALLEJO, ANDREW BIDOU;
GREG NYHOFF; RYAN MCMAHON; MARK THOMPSON;
BRYAN GLICK; ANTHONY CANO; COLIN EATON; and JORDON PATZER

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| KORI MCCOY, individually and as Co-Successor-in-Interest to Decedent WILLIE MCCOY; MARC MCCOY, individually and as Co-Successor-in-Interest to Decedent WILLIE MCCOY; LOUIS MCCOY, individually and as Co-Successor-in-Interest to Decedent WILLIE MCCOY; SHAWNMELL MITCHELL, individually and as Co-Successor-in-Interest to Decedent WILLIE MCCOY; and MARQUITA MCCOY, individually and as Co-Successor-in-Interest to Decedent WILLIE MCCOY,<br><br>             Plaintiffs,<br><br>       vs. | Case No.  2:19-cv-01191-JAM-CKD<br><br>**ASSOCIATION OF COUNSEL** |

1  CITY OF VALLEJO, a municipal corporation;
ANDREW BIDOU, in his official capacity as
2  Chief of Police for the City of Vallejo; GREG
NYHOFF, in his official capacity as City
3  Manager of the City of Vallejo; RYAN
MCMAHON, individually and in his capacity
4  as a City of Vallejo Police Officer; MARK
THOMPSON, individually and in his capacity
5  as a City of Vallejo Police Officer; BRYAN
GLICK, individually and in his capacity as a
6  City of Vallejo Police Officer; ANTHONY
ROMERO-CANO, individually and in his
7  capacity as a City of Vallejo Police Officer;
COLLIN EATON, individually and in his
8  capacity as a City of Vallejo Police Officer;
JORDAN PATZER, individually and in his
9  capacity as a City of Vallejo Police Officer and
DOES 1-50, inclusive.
10
11                      Defendants.
12
13

14     PLEASE TAKE NOTICE that DALE L. ALLEN, JR. being the attorney of record for

15 defendants, CITY OF VALLEJO; CITY OF VALLEJO; ANDREW BIDOU; GREG NYHOFF;

16 RYAN MCMAHON; MARK THOMPSON; BRYAN GLICK; ANTHONY CANO; COLIN

17 EATON; and JORDON PATZER herein, hereby associates CLAUDIA QUINTANA, City

18 Attorney, by KATELYN M. KNIGHT, Deputy City Attorney, of CITY OF VALLEJO, as lead

19 attorneys for defendants in the above-entitled matter.

20     The office address and telephone number of such associated counsel are as follows:

21                  CLAUDIA M. QUINTANA
                    City Attorney
22                  KATELYN M. KNIGHT
                    Deputy City Attorney
23                  CITY OF VALLEJO, City Hall
                    555 Santa Clara Street, 3rd Floor
24                  Vallejo, CA  94590
                    Tel:    (707) 648-4545
25
                    Fax:    (707) 648-4687
26                  Email:Claudia.Quintana@cityofvallejo.net
                    Katelyn.knight@cityofvallejo.net
27

28

I have read this ASSOCIATION OF COUNSEL and consent to the foregoing.

DATED: January 8, 2020                      Respectfully submitted,

                                                */s/ Dale L. Allen*
                                                DALE L. ALLEN
                                                ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
                                                Attorney for Defendants,
                                                CITY OF VALLEJO, ANDREW BIDOU; GREG NYHOFF; RYAN MCMAHON; MARK THOMPSON; BRYAN GLICK; ANTHONY CANO; COLIN EATON; and JORDON PATZER

KATELYN M. KNIGHT on behalf of CITY OF VALLEJO, hereby accepts the above association.

DATED: January 4, 2020                      */s/ Katelyn M. Knight*
                                                KATELYN M. KNIGHT
                                                Deputy City Attorney
                                                Attorney for Defendants,
                                                CITY OF VALLEJO, ANDREW BIDOU; GREG NYHOFF; RYAN MCMAHON; MARK THOMPSON; BRYAN GLICK; ANTHONY CANO; COLIN EATON; and JORDON PATZER