**RANDY J. RISNER**
Interim City Attorney, SBN 172552
**BY:   KATELYN M. KNIGHT**
Assistant City Attorney, SBN 264573
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, 3rd Floor
Vallejo, CA  94590
Tel:    (707) 648-4545
Fax:    (707) 648-4687
Email: katelyn.knight@cityofvallejo.net

**DALE L. ALLEN, JR., State Bar No. 145279**
dallen@aghwlaw.com
**KEVIN P. ALLEN, State Bar No. 252290**
kallen@aghwlaw.com
**ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP**
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone: (415)697-2000
Facsimile: (415)813-2045

Attorney for Defendants CITY OF VALLEJO, ANDREW BIDOU,
RYAN MCMAHON, MARK THOMPSON, BRYAN GLICK,
ANTHONY CANO, COLIN EATON, and JORDON PATZER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| KORI MCCOY, individually and as Co-Successor-in-Interest to Decedent WILLIE MCCOY; MARC MCCOY, individually and as Co-Successor-in-Interest to Decedent WILLIE MCCOY; LOUIS MCCOY, individually and as Co-Successor-in-Interest to Decedent WILLIE MCCOY; SHAWNMELL MITCHELL, individually and as Co-Successor-in-Interest to Decedent WILLIE MCCOY; and MARQUITA MCCOY, individually and as Co-Successor-in-Interest to Decedent WILLIE MCCOY,<br><br>          Plaintiffs,<br><br>     vs. | Case No.  2:19-cv-01191-JAM-CKD<br><br>**DESIGNATION OF COUNSEL** |

---

**Case No. 2:19-cv-01191-JAM-CKD**                              DESIGNATION OF COUNSEL
-1-

1  CITY OF VALLEJO, a municipal corporation;
2  ANDREW BIDOU, in his official capacity as Chief of Police for the City of Vallejo; GREG
3  NYHOFF, in his official capacity as City Manager of the City of Vallejo; RYAN
4  MCMAHON, individually and in his capacity as a City of Vallejo Police Officer; MARK
5  THOMPSON, individually and in his capacity as a City of Vallejo Police Officer; BRYAN
6  GLICK, individually and in his capacity as a City of Vallejo Police Officer; ANTHONY
7  ROMERO-CANO, individually and in his capacity as a City of Vallejo Police Officer;
8  COLLIN EATON, individually and in his capacity as a City of Vallejo Police Officer;
9  JORDAN PATZER, individually and in his capacity as a City of Vallejo Police Officer and
10 DOES 1-50, inclusive.

                    Defendants.

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendants CITY OF VALLEJO, ANDREW BIDOU, RYAN MCMAHON, MARK THOMPSON, BRYAN GLICK, ANTHONY CANO, COLIN EATON and JORDON PATZER hereby designate the following attorney as counsel for service in this action:

> Randy J. Risner, SBN 172552
> Interim City Attorney
> City of Vallejo, City Attorney's Office
> 555 Santa Clara Street, 3rd Floor
> Vallejo, CA 94590
> Tel: (707) 648-4545
> Fax: (707) 648-4687
> E-mail: randy.risner@cityofvallejo.net

The following attorney is no longer counsel of record in this action:

> CLAUDIA M. QUINTANA, SBN 178613

---

Case No. 2:19-cv-01191-JAM-CKD                          DESIGNATION OF COUNSEL
                                     -2-

1 | DATED: February 4, 2020        Respectfully submitted,

                                        */s/ Dale L. Allen, Jr.*
                                        Dale L. Allen, Jr.
                                        Attorney for Defendants
                                        CITY OF VALLEJO, ANDREW BIDOU;
                                        RYAN MCMAHON; MARK THOMPSON;
                                        BRYAN GLICK; ANTHONY CANO; COLIN
                                        EATON; and JORDON PATZER