RANDY J. RISNER
Interim City Attorney, SBN 172552
CITY OF VALLEJO, City Hall
555 Santa Clara Street, 3rd Floor
Vallejo, CA  94590
Tel:     (707) 648-4545
Fax:     (707) 648-4687

DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
KEVIN P. ALLEN, State Bar No. 252290
kallen@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA  94104
Telephone:     (415) 697-2000
Facsimile:     (415) 813-2045

Attorneys for Defendants
CITY OF VALLEJO, ANDREW BIDOU, RYAN MCMAHON, MARK THOMPSON, BRYAN GLICK, ANTHONY CANO, COLIN EATON, and JORDON PATZER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO COURTHOUSE

| | |
|---|---|
| KORI MCCOY, individually and as Co-Successor-in-Interest to Decedent WILLIE MCCOY; MARC MCCOY, individually and as Co-Successor-in-Interest to Decedent WILLIE MCCOY; LOUIS MCCOY, individually and as Co-Successor-in-Interest to Decedent WILLIE MCCOY; SHAWNMELL MITCHELL, individually and as Co-Successor-in-Interest to Decedent WILLIE MCCOY; and MARQUITA MCCOY, individually and as Co-Successor-in-Interest to Decedent WILLIE MCCOY,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF VALLEJO, municipal corporation; ANDREW BIDOU, in his official capacity as Chief of Police for the City of Vallejo; GREG NYHOFF, in his official capacity as City Manager of the | Case No. 2:19-at-001191-JAM-CKD<br><br>**DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Hon. John A. Mendez |

City of Vallejo; RYAN MCMAHON, individually and in his capacity as a City of Vallejo Police Officer; MARK THOMPSON, individually and in his capacity as a City of Vallejo Police Officer; BRYAN GLICK, individually and in his capacity as a City of Vallejo Police Officer; ANTHONY ROMERO-CANO, individually and in his capacity as a City of Vallejo Police Officer; COLLIN EATON, individually and in his capacity as a City of Vallejo Police Officer; JORDAN PATZER, individually and in his capacity as a City of Vallejo Police Officer and DOES 1-50, inclusive,

Defendants.

Come now Defendants CITY OF VALLEJO, ANDREW BIDOU, RYAN MCMAHON, MARK THOMPSON, BRYAN GLICK, ANTHONY CANO, COLIN EATON, and JORDON PATZER ("Defendants") and in answer to the First Amended Complaint ("FAC") on file herein admit, and allege as follows:

**INTRODUCTION**

1.  This paragraph is an Introduction, to which no response is required. To the extent an answer is deemed required, Defendants respond as follows: in answer to the allegations of paragraph 1 of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

2.  This paragraph is an Introduction, to which no response is required. To the extent an answer is deemed required, Defendants respond as follows: in answer to the allegations of paragraph 2 of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

3.  This paragraph is an Introduction, to which no response is required. To the extent an answer is deemed required, Defendants respond as follows: in answer to the allegations of

paragraph 3 of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

4. This paragraph is an Introduction, to which no response is required. To the extent an answer is deemed required, Defendants respond as follows: in answer to the allegations of paragraph 4 of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

## JURISDICTION

5. In answer to the allegations of paragraph 5 of the FAC, admitted.

## PARTIES

6. In answer to the allegations of paragraph 6 of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

7. In answer to the allegations of paragraph 7 of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

8. In answer to the allegations of paragraph 8 of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

9. In answer to the allegations of paragraph 9 of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

10. In answer to the allegations of paragraph 10 of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

11. In answer to the allegations of paragraph 11 of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

12. In answer to the allegations of paragraph 12 of the FAC, admitted.

13. In answer to the allegations of paragraph 13 of the FAC, admitted.

14. In answer to the allegations of paragraph 14 of the FAC, admitted.

15. In answer to the allegations of paragraph 15 of the FAC, admitted.

16. In answer to the allegations of paragraph 16 of the FAC, admitted as to JORDON PATZER (erroneously sued as JORDAN PATZER).

17. In answer to the allegations of paragraph 17 of the FAC, admitted.

18. In answer to the allegations of paragraph 18 of the FAC, admitted as to ANTHONY CANO (erroneously sued as ANTHONY ROMERO-CANO).

19. In answer to the allegations of paragraph 16 of the FAC, admitted as to COLIN EATON (erroneously sued as COLLIN EATON).

20. In answer to the allegations of paragraph 20 of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

21. In answer to the allegations of paragraph 21 of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

22. In answer to the allegations of paragraph 22 of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

23. In answer to the allegations of paragraph 23 of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

24. In answer to the allegations of paragraph 24 of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

**STATEMENT OF FACTS**

25. In answer to the allegations of the first sentence of paragraph 25 of the FAC, beginning and ending with "On February 9, 2019 at approximately 10:30 p.m.," admitted. In answer to all remaining allegations of the first sentence of paragraph 25 of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

In answer to the allegations of the second sentence of paragraph 25 of the FAC, admitted.

26. In answer to the allegations of paragraph 26 of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

27. In answer to the allegations of paragraph 27 of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

28. In answer to the allegations of paragraph 28 of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

29. In answer to the allegations of paragraph 29 of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

30. In answer to the allegations of paragraph 30 of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

31. In answer to the allegations of paragraph 31 of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

32. In answer to the allegations of paragraph 32 of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

33. In answer to the allegations of paragraph 33 of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

34. In answer to the allegations of paragraph 34 of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

367267.1

35. In answer to the allegations of paragraph 35 of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

36. In answer to the allegations of paragraph 36 of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

37. In answer to the allegations of paragraph 37 of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

38. In answer to the allegations of paragraph 38 of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

39. In answer to the allegations of paragraph 39 of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

40. In answer to the allegations of paragraph 40 of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

(a) In answer to the allegations of paragraph 40(a) of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

(b)     In answer to the allegations of paragraph 40(b) of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

(c)     In answer to the allegations of paragraph 40(c) of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

(d)     In answer to the allegations of paragraph 40(d) of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

(e)     In answer to the allegations of paragraph 40(e) of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

(f)     In answer to the allegations of paragraph 40(f) of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

(g)     In answer to the allegations of paragraph 40(g) of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

(h)     In answer to the allegations of paragraph 40(h) of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

(i)     In answer to the allegations of paragraph 40(i) of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

(j)     In answer to the allegations of paragraph 40(j) of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

(k)     In answer to the allegations of paragraph 40(k) of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

(l)     In answer to the allegations of paragraph 40(l) of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

(m)     In answer to the allegations of paragraph 40(m) of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

(n)     In answer to the allegations of paragraph 40(n) of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

(o)     In answer to the allegations of paragraph 40(o) of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

367267.1

(p)     In answer to the allegations of paragraph 40(p) of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

(q)     In answer to the allegations of paragraph 40(q) of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

(r)     In answer to the allegations of paragraph 40(r) of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

(s)     In answer to the allegations of paragraph 40(s) of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

(t)     In answer to the allegations of paragraph 40(t) of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

(u)     In answer to the allegations of paragraph 40(u) of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

(v)     In answer to the allegations of paragraph 40(v) of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

367267.1

(w) In answer to the allegations of paragraph 40(w) of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

41. In answer to the allegations of paragraph 41 of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

42. In answer to the allegations of paragraph 42 of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

## **DAMAGES**

43. In answer to the allegations of paragraph 43 of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

44. In answer to the allegations of paragraph 44 of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

45. In answer to the allegations of paragraph 45 of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

46. In answer to the allegations of paragraph 46 of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason

and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

## CAUSES OF ACTION

**FIRST CAUSE OF ACTION**
**(Fourth Amendment – Survival Action – Excessive Force under 42 U.S.C. § 1983)**
**(All Plaintiffs as Co-Successors-in-Interest to Decedent WILLIE MCCOY against Defendants MCMAHON, CANO, THOMPSON, PATZER, GLICK, and EATON)**

47. In answer to the allegations of Paragraph 47 of the FAC, Defendants incorporate their answers to Paragraphs 1-47.

48. In answer to the allegations of paragraph 48 of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

**SECOND CAUSE OF ACTION**
**(Fourteenth Amendment – Violation of Plaintiff's Right to Familial Relationship under 42 U.S.C. § 1983)**
**(All Plaintiffs individually against Defendants MCMAHON, CANO, THOMPSON, PATZER, GLICK, and EATON)**

49. In answer to the allegations of Paragraph 49 of the FAC, Defendants incorporate their answers to Paragraphs 1-48.

50. In answer to the allegations of paragraph 50 of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

**THIRD CAUSE OF ACTION**
**(Municipal Liability for Unconstitutional Custom or Policy (Monell) – 42 U.S.C. § 1983)**
**(All Plaintiffs as Co-Successors-in-Interest to Decedent WILLIE MCCOY against Defendants CHIEF, CITY, and DOEs 26-50)**

51. In answer to the allegations of Paragraph 51 of the FAC, Defendants incorporate their answers to Paragraphs 1-50.

52. In answer to the allegations of paragraph 52 of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

53. In answer to the allegations of paragraph 53 of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

54. In answer to the allegations of paragraph 54 of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

55. In answer to the allegations of paragraph 55 of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

56. In answer to the allegations of paragraph 56 of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

57. In answer to the allegations of paragraph 57 of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

58. In answer to the allegations of paragraph 58 of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

59. In answer to the allegations of paragraph 59 of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

60. In answer to the allegations of paragraph 60 of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

61. In answer to the allegations of paragraph 61 of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

62. In answer to the allegations of paragraph 62 of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

**FOURTH CAUSE OF ACTION**
**(Negligence)**
**(All Plaintiffs as Co-Successors-in-Interest to Decedent WILLIE MCCOY against Defendants MCMAHON, CANO, THOMPSON, PATZER, GLICK, and EATON)**

63. In answer to the allegations of Paragraph 63 of the FAC, Defendants incorporate their answers to Paragraphs 1-62.

64. In answer to the allegations of paragraph 64 of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

65. In answer to the allegations of paragraph 65 of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason

and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

**FIFTH CAUSE OF ACTION**
**(Violation of California Civil Code § 52.1)**
**(All Plaintiffs as Co-Successors-in-Interest to Decedent WILLIE MCCOY against Defendants MCMAHON, CANO, THOMPSON, PATZER, GLICK, and EATON)**

66. In answer to the allegations of Paragraph 66 of the FAC, Defendants incorporate their answers to Paragraphs 1-65.

67. In answer to the allegations of paragraph 67 of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

**SIXTH CAUSE OF ACTION**
**(Battery)**
**(All Plaintiffs as Co-Successors-in-Interest to Decedent WILLIE MCCOY against Defendants MCMAHON, CANO, THOMPSON, PATZER, GLICK, and EATON)**

68. In answer to the allegations of Paragraph 68 of the FAC, Defendants incorporate their answers to Paragraphs 1-67.

69. In answer to the allegations of paragraph 69 of the FAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

**Defendant demands a JURY TRIAL**
**AFFIRMATIVE DEFENSES**

**FIRST AFFIRMATIVE DEFENSE**

AS AND FOR A FIRST, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES:

That plaintiffs and/or decedent assumed the risk of any injuries and/or damages resulting from the matters set forth in said FAC, and that said assumption of risk by plaintiffs and/or decedent was a cause of the injuries and/or damages alleged by plaintiffs and/or decedent, if any

there were.

**SECOND AFFIRMATIVE DEFENSE**

AS AND FOR A SECOND, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES:

Plaintiffs' causes of action are barred by statute of limitations.

**THIRD AFFIRMATIVE DEFENSE**

AS AND FOR A THIRD, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES:

Plaintiffs failed to mitigate their damages.

**FOURTH AFFIRMATIVE DEFENSE**

AS AND FOR A FOURTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES:

Prior to the time when defendants are alleged to have committed the acts complained of, plaintiffs invited, gave permission to, and consented to the acts alleged in the FAC. Each of the acts alleged in the FAC, which acts are expressly denied, were done within the scope of this consent and permission.

**FIFTH AFFIRMATIVE DEFENSE**

AS AND FOR A FIFTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES:

At all times mentioned in the FAC, defendants are not liable for any of these acts or omissions alleged in the FAC because the FAC only alleges that defendants are liable based on the acts or omissions of others.

**SIXTH AFFIRMATIVE DEFENSE**

AS AND FOR A SIXTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES:

Defendants alleges that plaintiffs failed to set forth the facts sufficient to state a cause of action due to a failure to comply with claims requirements of the California Government Code §§ 900 et. seq.

///

///

///

**SEVENTH AFFIRMATIVE DEFENSE**

AS AND FOR A SEVENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES:

Should plaintiffs recover non-economic damages against any defendant, the liability for non-economic damages is limited to the degree of fault and several liability of said defendant pursuant to Civil Code section 1431.2 and a separate, several judgment shall be rendered against said defendant based upon said defendant's degree of fault and several liability.

**EIGHTH AFFIRMATIVE DEFENSE**

AS AND FOR AN EIGHTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES:

These answering defendants are immune from liability pursuant to the provisions of §§ 815, 815.2, 818, 820.2, 820.4, 820.6, 820.8, 820.9, 821.6, 844.6, and 845.6 of the Government Code of the State of California.

**NINTH AFFIRMATIVE DEFENSE**

AS AND FOR A NINTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES:

Defendants ANDREW BIDOU, RYAN MCMAHON, MARK THOMPSON, BRYAN GLICK, ANTHONY CANO, COLLIN EATON, and JORDON PATZER are immune from 42 U.S.C. §1983 liability pursuant to the doctrine of qualified immunity. See *White v. Pauly*, 137 S. Ct. 548 (2017), *Ashcroft v. al-Kidd*, 563 U.S. 731 (2011) and *Harlow v. Fitzgerald*, 457 U.S. 800 (1982).

**TENTH AFFIRMATIVE DEFENSE**

AS AND FOR A TENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES:

That decedent was himself negligent and careless in and about the matters and events set forth in the FAC, and that said negligence contributed to Plaintiffs' alleged injuries and/or damages. A verdict of the jury in favor of plaintiffs, if any, which may be rendered in this case must therefore be reduced by the percentage that decedent's negligence contributed to the accident and injuries complained of, if any there were.

///

**ELEVENTH AFFIRMATIVE DEFENSE**

AS AND FOR AN ELEVENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES:

Plaintiffs' causes of action are barred by collateral estoppel and/or res judicata.

**TWELFTH AFFIRMATIVE DEFENSE**

AS AND FOR AN TWELFTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES:

Plaintiffs' causes of action are barred by laches and/or unclean hands.

WHEREFORE, defendants pray that plaintiffs take nothing by way of the FAC on file herein and that defendants have judgment for its costs, attorneys' fees and for such other and further relief as the court deems proper.

Respectfully submitted,

Dated: February 25, 2020

ALLEN, GLAESSNER,
HAZELWOOD & WERTH, LLP

By: */s/ Dale L. Allen, Jr.*
DALE L. ALLEN, JR.
KEVIN P. ALLEN
Attorneys for Defendants
CITY OF VALLEJO, ANDREW BIDOU, RYAN MCMAHON, MARK THOMPSON, BRYAN GLICK, ANTHONY CANO, COLIN EATON, and JORDON PATZER

367267.1