**NOLD LAW**
**Melissa C. Nold, Esq. SBN 301378**
**Russo Building**
521 Georgia Street
Vallejo, California 94590
Telephone: (707)644-4004
melissa@noldlaw.com

Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORI MCCOY, individually and as Co-Successor-in-Interest to Decedent WILLIE MCCOY; MARC MCCOY, individually and as Co-Successor-in-Interest to Decedent WILLIE MCCOY; LOUIS MCCOY, individually and as Co-Successor-in-Interest to Decedent WILLIE MCCOY; SHAWNMELL MITCHELL, individually and as Co-Successor-in-Interest to Decedent WILLIE MCCOY; MARQUITA MCCOY, individually and as Co-Successor-in-Interest to Decedent WILLIE MCCOY, <br><br>         Plaintiffs, <br><br> v. <br><br><br> CITY OF VALLEJO, et al. | CASE NO.: 2:19-cv-01191-JAM-CKD <br><br> **NOTICE OF CHANGE OF ADDRESS OF COUNSEL MELISSA NOLD** |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that MELISSA C. NOLD (SBN 301378) is no longer at the firm of Law Offices of John Burris. Therefore, in addition to serving Mr. John Burris at his law office, please also serve all papers, pleadings and communications for the above captioned case to her firm and address at:

Address: Nold Law, 521 Georgia Street, Vallejo, Ca. 94590.

Emails: melissa@noldlaw.com

Telephone: 707-644-4004

**NOLD LAW**

Dated: August 11, 2020          /s/ *Melissa C. Nold*
                                MELISSA C. NOLD
                                Counsel for Plaintiffs