**JOHN L. BURRIS, Esq. SBN 69888**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORI MCCOY, individually and as Co-Successor-in-Interest to Decedent WILLIE MCCOY; MARC MCCOY, individually and as Co-Successor-in-Interest to Decedent WILLIE MCCOY; LOUIS MCCOY, individually and as Co-Successor-in-Interest to Decedent WILLIE MCCOY; SHAWNMELL MITCHELL, individually and as Co-Successor-in-Interest to Decedent WILLIE MCCOY; and MARQUTA MCCOY, individually and as Co-Successor-in-Interest to Decedent WILLIE MCCOY, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF VALLEJO, a municipal corporation; et al. <br> Defendants. | CASE NO.: 2:19-cv-001191 JAM-CKD <br><br> **NOTICE OF WITHDRAWAL AS COUNSEL OF THE LAW OFFICES OF JOHN L. BURRIS; DECLARATION OF JOHN L. BURRIS** |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that John L. Burris (SBN 069888) and the Law Offices of John L. Burris are withdrawing as counsel for all Plaintiffs, specifically: KORI MCCOY, LOUIS MCCOY, MARC MCCOY, SHAWNMELL MITHCHELL, and MARQUITA MCCOY (collectively "Plaintiffs").

Melissa C. Nold (SBN 301378) of Nold Law will continue to act as counsel of record for Plaintiffs in this matter.

It is respectfully requested that the clerk update the docket to reflect the above described changes.

Dated:  October 9, 2020                                **LAW OFFICES OF JOHN L. BURRIS**

*/s/ John L. Burris*
John L. Burris
Attorneys for Plaintiffs

### DECLARATION OF JOHN L. BURRIS

1. I, John L. Burris, am an attorney of record for Plaintiffs KORI MCCOY, LOUIS MCCOY, MARC MCCOY, SHAWNMELL MITCHELL, and MARQUITA MCCOY in the above-captioned case. I have personal knowledge of the facts contained in this Declaration, and if called upon to testify, I could and would testify competently as to the truth of facts contained herein.

2. On February 12, 2019, I entered into a written retention agreement with the clients.

3. On June 27, 2020, I filed the Complaint for Damages for Civil Rights Violation.

4. In a letter signed on August 14, 2020, LOUIS MCCOY informed my law office that he no longer wanted me to represent him. A true and correct copy of that letter is attached hereto.

5. In a letter signed on August 10, 2020, KORI MCCOY informed my law office that he no longer wanted me to represent him. A true and correct copy of that letter is attached hereto.

6. In a letter signed on August 10, 2020, SHAWNMELL MITCHELL informed my law office that he no longer wanted me to represent him. A true and correct copy of that letter is attached hereto.

7. In a recent telephone conversation I had with MARC MCCOY, he informed me that he no longer wanted me and my office to represent him as he needed to respect his family wishes in this regard.

8. On September 16, attorney Melissa Nold informed my assistant Cindy Cox that MARQUITA MCCOY no longer wanted me and my office to represent her.

8.     Attorney Melissa Nold is currently counsel of record for all five Plaintiffs in this matter and has represented to me that she will continue as counsel for the Plaintiffs.  She has further represented to my office that she will accept ECF notification on behalf of all Plaintiffs of my Notice of Withdrawal in this matter.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I executed this Declaration in Oakland, California on October 9, 2020.

                                       */s/ John L. Burris*
                                       John L. Burris

Attorney John Burris
7677 Oakport Street
Suite 1120
Oakland, Ca 94621

Dear Mr. Burris,

    This letter is to inform you that I no longer want you to represent me in regards to any legal matters related to the death of my brother Willie McCoy. I also withdraw any authorization, consent, license or right I have granted you in relation to using my brother's legal case, personal story, likeness and/or name to create and/or promote any media, literary work, motion picture, and/or documentary.

    Please send my client file, including, but not limited to, any documents filed with any public and/or private entity on my behalf, any recorded statements, and original copies of photos or correspondence to the attention of Melissa Nold, at Nold Law, 521 Georgia Street, Vallejo, California 94590.

    Should you intend to assert a lien against my case to recover your costs and/or fees please send an index listing the monetary amounts and describing the services and/or items you seek to recover.

Thank you,

*Louis McCoy*
Louis McCoy

8-14-20
Date

Attorney John Burris
7677 Oakport Street
Suite 1120
Oakland, Ca 94621

Dear Mr. Burris,

    This letter is to inform you that I no longer want you to represent me in regards to any legal matters related to the death of my brother Willie McCoy. I also withdraw any authorization, consent, license or right I have granted you in relation to using my brother's legal case, personal story, likeness and/or name to create and/or promote any media, literary work, motion picture, and/or documentary.

    Please send my client file, including, but not limited to, any documents filed with any public and/or private entity on my behalf, any recorded statements, and original copies of photos or correspondence to the attention of Melissa Nold, at Nold Law, 521 Georgia Street, Vallejo, California 94590.

    Should you intend to assert a lien against my case to recover your costs and/or fees please send an index listing the monetary amounts and describing the services and/or items you seek to recover.

Thank you,

8/10/2020
Date

Kori McCoy

Attorney John Burris
7677 Oakport Street
Suite 1120
Oakland, Ca 94621

Dear Mr. Burris,

    This letter is to inform you that I no longer want you to represent me in regards to any legal matters related to the death of my brother Willie McCoy. I also withdraw any authorization, consent, license or right I have granted you in relation to using my brother's legal case, personal story, likeness and/or name to create and/or promote any media, literary work, motion picture, and/or documentary.

    Please send my client file, including, but not limited to, any documents filed with any public and/or private entity on my behalf, any recorded statements, and original copies of photos or correspondence to the attention of Melissa Nold, at Nold Law, 521 Georgia Street, Vallejo, California 94590.

    Should you intend to assert a lien against my case to recover your costs and/or fees please send an index listing the monetary amounts and describing the services and/or items you seek to recover.

Thank you,

8-10-20
Date

Shawnmell Mitchell