**JOHN L. BURRIS, Esq. SBN 69888**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORI MCCOY, individually and as Co-Successor-in-Interest to Decedent WILLIE MCCOY; MARC MCCOY, individually and as Co-Successor-in-Interest to Decedent WILLIE MCCOY; LOUIS MCCOY, individually and as Co-Successor-in-Interest to Decedent WILLIE MCCOY; SHAWNMELL MITCHELL, individually and as Co-Successor-in-Interest to Decedent WILLIE MCCOY; and MARQUTA MCCOY, individually and as Co-Successor-in-Interest to Decedent WILLIE MCCOY,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF VALLEJO, a municipal corporation; et al.<br>    Defendants. | CASE NO.: 2:19-cv-001191 JAM-CKD<br><br>**NOTICE OF LIEN RE ATTORNEYS' FEES AND COSTS** |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

  **PLEASE TAKE NOTICE** that John L. Burris (SBN 069888), the Law Offices of John L. Burris, and/or any attorneys associated with the firm, have a claim of lien for attorneys' fees and costs against any settlement or judgment proceeds to be paid to Plaintiffs KORI MCCOY, LOUIS MCCOY, MARC MCCOY, SHAWNMELL MITCHELL, and MARQUITA MCCOY.

Dated:  October 22, 2020         **LAW OFFICES OF JOHN L. BURRIS**

　　　　　　　　　　　　　　　　　　　_/s/ John L. Burris_
　　　　　　　　　　　　　　　　　　　John L. Burris
　　　　　　　　　　　　　　　　　　　Former Attorneys for Plaintiffs