AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Eastern District **District of** California

McCoy et al.
    Plaintiff (s),

V.

City of Vallejo et al.
    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:19-cv-01191-JAM-CKD

Notice is hereby given that, subject to approval by the court, __Anthony Romero-Cano__ substitutes
                       (Party (s) Name)

__Michael G. Colantuono__, State Bar No. __143551__ as counsel of record in place of
(Name of New Attorney)

__Dale Long Allen, Jr.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

 Firm Name:   Colantuono Highsmith & Whatley
 Address:    420 Sierra College Drive Suite 140 Grass Valley, CA 95945
 Telephone:   530-432-7357    Facsimile 530-432-7356
 E-Mail (Optional): mcolantuono@chwlaw.us

I consent to the above substitution.
Date: 10/30/2020
                            (Signature of Party (s))

I consent to being substituted.
Date: 10/30/2020
                     Dale Long Allen, Jr.
                   (Signature of Former Attorney (s))

I consent to the above substitution.
Date: September 23, 2020
                   Michael G. Colantuono
                   (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:
                                  Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

242365.1

**CERTIFICATE OF SERVICE**
*Kori McCoy, et al. v. City of Vallejo, et al.*
United States District Court, Eastern District
Case No. 2:19-cv-01191-JAM-CKD

I, Christina M. Rothwell, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 790 East Colorado Boulevard, Suite 850, Pasadena, California 91101. My email address is: CRothwell@chwlaw.us. On November 6, 2020, I served the document(s) described as **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** on the interested parties in this action addressed as follows:

☒ **BY ELECTRONIC TRANSMISSION**: I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Eastern District by using the CM/ECF system on November 5, 2020. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the USDC, Eastern District CM/ECF system.

I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on November 6, 2020, at Pasadena, California.

_____
Christina M. Rothwell