AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Eastern District__ **District of** California

| McCoy et al. | **CONSENT ORDER GRANTING** |
| Plaintiff (s), | **SUBSTITUTION OF ATTORNEY** |
| V. | |
| City of Vallejo et al. | |
| Defendant (s), | CASE NUMBER: 2:19-cv-01191-JAM-CKD |

Notice is hereby given that, subject to approval by the court, __Mark Thompson__ substitutes
(Party (s) Name)

__Michael G. Colantuono__, State Bar No. __143551__ as counsel of record in place of
(Name of New Attorney)

__Dale Long Allen, Jr.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| Firm Name: | Colantuono Highsmith & Whatley |
| Address: | 420 Sierra College Drive Suite 140 Grass Valley, CA 95945 |
| Telephone: | 530-432-7357    Facsimile 530-432-7356 |
| E-Mail (Optional): | mcolantuono@chwlaw.us |

I consent to the above substitution.

Date: 10/6/20

(Signature of Party (s))

I consent to being substituted.

Date: 11/05/2020

Dale Long Allen, Jr.

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: September 23, 2020

Michael G. Colantuono

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____    _____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

242363.1