AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Eastern District  **District of**  California

McCoy et al.
　　　　　　　Plaintiff (s),

V.

City of Vallejo et al.
　　　　　　　Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:19-cv-01191-JAM-CKD

Notice is hereby given that, subject to approval by the court, __Anthony Romero-Cano__ substitutes
(Party (s) Name)

__Michael G. Colantuono__, State Bar No. __143551__ as counsel of record in place of
(Name of New Attorney)

Dale Long Allen, Jr.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Colantuono Highsmith & Whatley

Address: 420 Sierra College Drive Suite 140 Grass Valley, CA 95945

Telephone: 530-432-7357　　　　　　　Facsimile 530-432-7356

E-Mail (Optional): mcolantuono@chwlaw.us

I consent to the above substitution.

Date: 10/30/2020

_(signature)_
(Signature of Party (s))

I consent to being substituted.

Date: 10/30/2020

Dale Long Allen, Jr.
_(signature)_
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: September 23, 2020

Michael G. Colantuono
_(signature)_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

242365.1