AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Eastern District **District of** California

McCoy et al.
　　　　　Plaintiff (s),

V.

City of Vallejo et al.
　　　　　Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:19-cv-01191-JAM-CKD

Notice is hereby given that, subject to approval by the court, _____Andrew Bidou_____ substitutes
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Party (s) Name)

_Michael G. Colantuono_ , State Bar No. _143551_ as counsel of record in place of
(Name of New Attorney)

_Dale Long Allen, Jr._
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

　Firm Name:　　　　Colantuono Highsmith & Whatley

　Address:　　　　　420 Sierra College Drive Suite 140 Grass Valley, CA 95945

　Telephone:　　　　530-432-7357　　　　　　　　Facsimile 530-432-7356

　E-Mail (Optional):　mcolantuono@chwlaw.us

I consent to the above substitution.
Date:　　11-1-2020
　　　　　　　　　　　　　　　　　　　　　　Andrew Bidou
　　　　　　　　　　　　　　　　　　　　　　(Signature of Party (s))

I consent to being substituted.
Date:　　11/05/2020
　　　　　　　　　　　　　　　　　　　　　　Dale Long Allen, Jr
　　　　　　　　　　　　　　　　　　　　　　(Signature of Former Attorney (s))

I consent to the above substitution.
Date:　　September 23, 2020
　　　　　　　　　　　　　　　　　　　　　　Michael G. Colantuono
　　　　　　　　　　　　　　　　　　　　　　(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:
　　　　　　　　　　　　　　　　　　　　　　Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

242359.1