AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Eastern District **District of** California

Kori McCoy et al.
      Plaintiff (s),

V.

City of Vallejo et al.
      Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:19-cv-01191-JAM-CKD

Notice is hereby given that, subject to approval by the court, __City of Vallejo et al.__ substitutes (Party (s) Name)

__Michael G. Colantuono__ (Name of New Attorney), State Bar No. __143551__ as counsel of record in place of

__Dale Long Allen, Jr.__ (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Colantuono Highsmith & Whatley |
| Address: | 420 Sierra College Drive Suite 140 Grass Valley, CA 95945 |
| Telephone: | 530-432-7357     Facsimile 530-432-7356 |
| E-Mail (Optional): | mcolantuono@chwlaw.us |

I consent to the above substitution.
Date: 10/30/2020

RANDY J. RISNER
(Signature of Party (s))

I consent to being substituted.
Date: 11/05/2020

Dale Long Allen, Jr.
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: September 23, 2020

Michael G. Colantuono
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

242353.1