# UNITED STATES DISTRICT COURT

Eastern **District of** California

Kori McCoy, et al.
    Plaintiff (s),

V.

City of Vallejo, et al.
    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 2:19-cv-01191-JAM-CKD

Notice is hereby given that, subject to approval by the court, Ryan McMahon substitutes
(Party (s) Name)

Derick E. Konz , State Bar No. 286902 as counsel of record in place
(Name of New Attorney)

place of Dale L. Allen, Jr. .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Angelo, Kilday & Kilduff

Address: 601 University Ave., Suite 150, Sacramento, Ca 95825

Telephone: (916) 564-6100   Facsimile (916) 564-6263

E-Mail (Optional): dkonz@akk-law.com

I consent to the above substitution.    Ryan McMahon

Date: November 12, 2020    */s/ Ryan McMahon*
(Signature of Party (s))

I consent to being substituted.    Dale L. Allen, Jr.

Date: November 12, 2020    */s/ Dale L. Allen, Jr.*
(Signature of Former Attorney (s))

I consent to the above substitution.    Derick E. Konz

Date: November 12, 2020    */s/ Derick E. Konz*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:    Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

{00186764;1}