# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORI MCCOY, etc., et al.<br>*Plaintiff*<br>v.<br>CITY OF VALLEJO, etc., et al.<br>*Defendant* | ) ) ) ) ) ) Case No. 2:19-cv-01191-JAM-CKD |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CITY OF VALLEJO, ANDREW BIDOU, MARK THOMPSON, BRYAN GLICK, ANTHONY ROMERO-CANO, COLLIN EATON, and JORDON PATZER

Date: November 12, 2020

/s/ Andrew C. Rawcliffe
*Attorney's signature*

Andrew C. Rawcliffe SBN 259224
*Printed name and bar number*

COLANTUONO, HIGHSMITH & WHATLEY, PC
420 Sierra College Drive, Suite 140
Grass Valley, CA  95945
*Address*

arawcliffe@chwlaw.us
*E-mail address*

(530) 432-7357
*Telephone number*

(530) 432-7356
*FAX number*


American LegalNet, Inc.
www.FormsWorkFlow.com

**CERTIFICATE OF SERVICE**
*Kori McCoy, et al. v. City of Vallejo, et al.*
United States District Court, Eastern District
Case No. 2:19-cv-01191-JAM-CKD

I, Christina M. Rothwell, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 790 East Colorado Boulevard, Suite 850, Pasadena, California 91101. My email address is: CRothwell@chwlaw.us. On November 12, 2020, I served the document(s) described as **APPEARANCE OF COUNSEL** on the interested parties in this action addressed as follows:

☒ **BY ELECTRONIC TRANSMISSION**: I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Eastern District by using the CM/ECF system on November 12, 2020. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the USDC, Eastern District CM/ECF system.

I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on November 12, 2020, at Pasadena, California.

_____
Christina M. Rothwell