AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Eastern District **District of** California

McCoy et al.
Plaintiff (s),

V.

City of Vallejo et al.
Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 2:19-cv-01191-JAM-CKD

Notice is hereby given that, subject to approval by the court, __Jordon Patzer__ substitutes
(Party (s) Name)

__Michael G. Colantuono__, State Bar No. __143551__ as counsel of record in place of
(Name of New Attorney)

__Dale Long Allen, Jr.__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Colantuono Highsmith & Whatley |
| Address: | 420 Sierra College Drive, Suite 140, Grass Valley, CA 95945 |
| Telephone: | 530-432-7357       Facsimile  530-432-7356 |
| E-Mail (Optional): | mcolantuono@chwlaw.us |

I consent to the above substitution.                                     Jordon Patzer

Date:  10/02/2020                                                             *s/ Jordon Patzer*
                                                                                     (Signature of Party (s))

I consent to being substituted.                                          Dale Long Allen, Jr.

Date:  11/05/2020                                                             *s/ Dale L. Allen, Jr.*
                                                                                     (Signature of Former Attorney (s))

I consent to the above substitution.                                 Michael G. Colantuono

Date:  September 23, 2020                                              *s/ Michael G. Colantuouno*
                                                                                     (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:  November 12, 2020                                               /s/ John A. Mendez
                                                                                              Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

242367.1