AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Eastern District **District of** California

McCoy et al.
          Plaintiff (s),

V.

City of Vallejo et al.
          Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 2:19-cv-01191-JAM-CKD

Notice is hereby given that, subject to approval by the court, __Bryan Glick__ substitutes
(Party (s) Name)

__Michael G. Colantuono__, State Bar No. __143551__ as counsel of record in place of
(Name of New Attorney)

__Dale Long Allen, Jr.__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:     Colantuono Highsmith & Whatley

    Address:     420 Sierra College Drive Suite 140 Grass Valley, CA 95945

    Telephone:     530-432-7357     Facsimile     530-432-7356

    E-Mail (Optional):     mcolantuono@chwlaw.us

I consent to the above substitution.     Bryan Glick

Date:     11/05/2020     *s/ Bryan Glick*
(Signature of Party (s))

I consent to being substituted.     Dale Long Allen, Jr.

Date:     11/05/2020     *s/ Dale L. Allen, Jr.*
(Signature of Former Attorney (s))

I consent to the above substitution.     Michael G. Colantuono

Date:     September 23, 2020     *s/ Michael G. Colantuono*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:     November 12, 2020     /s/ John A. Mendez
    Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

242364.1