AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Eastern District **District of** California

Kori McCoy et al.
        Plaintiff (s),

V.

City of Vallejo et al.
        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 2:19-cv-01191-JAM-CKD

Notice is hereby given that, subject to approval by the court, __City of Vallejo et al.__ substitutes
(Party (s) Name)

__Michael G. Colantuono__, State Bar No. __143551__ as counsel of record in place of
(Name of New Attorney)

__Dale Long Allen, Jr.__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Colantuono Highsmith & Whatley
    Address: 420 Sierra College Drive Suite 140 Grass Valley, CA 95945
    Telephone: 530-432-7357     Facsimile 530-432-7356
    E-Mail (Optional): mcolantuono@chwlaw.us

I consent to the above substitution.      Randy J. Risner

Date: 10/30/2020      *s/ Randy J. Risner*
        (Signature of Party (s))

I consent to being substituted.      Dale Long Allen, Jr.

Date: 11/05/2020      *s/ Dale L. Allen, Jr.*
        (Signature of Former Attorney (s))

I consent to the above substitution.      Michael G. Colantuono

Date: September 23, 2020      *s/ Michael F. Colantuono*
        (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: November 12, 2020      /s/ John A. Mendez
        Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

242353.1