AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Eastern **District of** California

Kori McCoy, et al.
Plaintiff (s),

V.

City of Vallejo, et al.
Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:19-cv-01191-JAM-CKD

Notice is hereby given that, subject to approval by the court, __Ryan McMahon__ substitutes
(Party (s) Name)

__Derick E. Konz__, State Bar No. __286902__ as counsel of record in place
(Name of New Attorney)

place of __Dale L. Allen, Jr.__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:     Angelo, Kilday & Kilduff
Address:       601 University Ave., Suite 150, Sacramento, Ca 95825
Telephone:     (916) 564-6100                Facsimile  (916) 564-6263
E-Mail (Optional):  dkonz@akk-law.com

I consent to the above substitution.                           Ryan McMahon
Date: November 12, 2020                                        */s/ Ryan McMahon*
                                                               (Signature of Party (s))

I consent to being substituted.                                Dale L. Allen, Jr.
Date: November 12, 2020                                        */s/ Dale L. Allen, Jr.*
                                                               (Signature of Former Attorney (s))

I consent to the above substitution.                           Derick E. Konz
Date: November 12, 2020                                        */s/ Derick E. Konz*
                                                               (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: November 12, 2020                                        /s/ John A. Mendez
                                                               Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

{00186764;1}