**ADANTE POINTER, ESQ., SBN 236229**
**PATRICK BUELNA, ESQ., SBN 317043**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Suite 1140,
Oakland, CA 94612
Tel: 510-929-5400
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCCOY, et al. | Case No.: 2:19-cv-01191-JAM-CKD |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| v. | |
| CITY OF VALLEJO, et al. | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

     I, Patrick M. Buelna, from Pointer & Buelna, LLP – Lawyers for the People, hereby enter my appearance as counsel for Plaintiff(s) in this matter. I am a member of the State Bar of California and am admitted to practice in the Northern, Eastern and Central Districts of California. My address and telephone number are as follows:

> Patrick Buelna
> Pointer & Buelna, LLP
> Lawyers for the People
> 1901 Harrison St., Ste. 1140,
> Oakland, CA 94612
> Tel: (510) 929 – 5400
> Email: PBuelna@LawyersFTP.com

     Please serve said counsel with all pleadings and notices in this action.

Date: November 23, 2020                               Respectfully submitted,

                                          **POINTER & BUELNA, LLP**

                                          **LAWYERS FOR THE PEOPLE**

                                          /s/ Patrick Buelna
                                          PATRICK M. BUELNA
                                          COUNSEL FOR PLAINTIFF(S)