BRUCE A. KILDAY, ESQ., SB No. 66415
  Email: bkilday@akk-law.com
DERICK E. KONZ, ESQ., SB No. 286902
  Email: dkonz@akk-law.com
DANIELLE J. WILLIAMS, ESQ., SB No. 317229
  Email: dwilliams@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendant RYAN McMAHON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORI MCCOY, et al., | Case No.: 2:19-cv-1191-JAM-CKD |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| vs. | |
| CITY OF VALLEJO, et al. | |
| Defendants. | |

Attorney BRUCE A. KILDAY, of the law firm of Angelo, Kilday & Kilduff, LLP, has joined in as attorney of record for Defendant RYAN MCMAHON in this matter.  Pursuant to Fed. R. Civ. P. 5, Mr. Kilday requests email notification of all e-filings in this matter.

Mr. Kilday's email address is bkilday@akk-law.com.

Dated:  December 8, 2020                    ANGELO, KILDAY & KILDUFF, LLP

                                                                  */s/ Bruce A. Kilday*
                                                            By:_____
                                                                  BRUCE A. KILDAY
                                                                  Attorneys for Defendant RYAN MCMAHON

---
-1-
NOTICE OF APPEARANCE

{00188550;1}