1 RANDY J. RISNER
Assistant City Attorney, State Bar No. 172552
2 Email: randy.risner@cityofvallejo.net
KATELYN M. KNIGHT
3 Assistant City Attorney, State Bar No. 264573
Email: katelyn.knight@cityofvallejo.net
4 **CITY OF VALLEJO**
555 Santa Clara Street
5 Vallejo, California 94590
Telephone: (707) 648-4545
6 Facsimile: (707) 648-4687

7 MICHAEL G. COLANTUONO, State Bar No. 143551
MColantuono@chwlaw.us
8 ANDREW C. RAWCLIFFE, State Bar No. 259224
ARawcliffe@chwlaw.us
9 NIKHIL S. DAMLE, State Bar No. 297350
NDamle@chwlaw.us
10 **COLANTUONO, HIGHSMITH & WHATLEY, PC**
420 Sierra College Drive, Suite 140
11 Grass Valley, California 95945-5091
Telephone: (530) 432-7357
12 Facsimile: (530) 432-7356

13 Attorneys for Defendants
CITY OF VALLEJO, ANDREW BIDOU, MARK
14 THOMPSON, BRYAN GLICK, ANTHONY ROMERO-
CANO, COLLIN EATON, and JORDON PATZER

15

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORI MCCOY, individually and as Co-Successor-in-Interest to Decedent WILLIE MCCOY; MARK MCCOY, individually and as Co-Successor-in-Interest to Decedent WILLIE MCCOY; LOUIS MCCOY, individually and as Co-Successor-in-Interest to Decedent WILLIE MCCOY; SHAWNMELL MITCHELL, individually and as Co-Successor-in-Interest to Decedent WILLIE MCCOY; and MARQUITA MCCOY, individually and as Co-Successor-in-Interest to Decedent WILLIE MCCOY,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF VALLEJO, a municipal corporation; ANDREW BIDOU, Chief of Police for the City of Vallejo, in his individual capacity; RYAN MCMAHON, individually and in his capacity as a City of Vallejo Police Officer; MARK THOMPSON, individually and in his capacity as a City of Vallejo Police Officer; | **CASE NO.: 2:19-cv-01191-JAM-CKD**<br><br>Assigned to the Hon. John A. Mendez<br><br>**DECLARATION OF ANDREW C. RAWCLIFFE IN SUPPORT OF DEFENDANTS CITY OF VALLEJO, FORMER CHIEF OF POLICE ANDREW BIDOU, POLICE OFFICERS MARK THOMPSON BRYAN GLICK, ANTHONY ROMERO-CANO, COLLIN EATON, AND JORDON PATZER'S MOTION TO STAY PROCEEDINGS, AND TO BIFURCATE TRIAL AND PHASE DISCOVERY ON *MONELL* CLAIMS**<br><br>**FED. R. CIV. P., RULES 42(B), 26(C)**<br><br>Hearing Date:  February 9, 2021<br>Hearing Time:  1:30 p.m.<br>Location:  Courtroom 6, 14th floor |

1   *Case No. 2:19-cv-01191-JAM-CKD*
**DECLARATION OF ANDREW C. RAWCLIFFE**

248168.1

| | |
|---|---|
| BRYAN GLICK, individually and in his capacity as a City of Vallejo Police Officer; ANTHONY ROMERO-CANO, individually and in his capacity as a City of Vallejo Police Officer; COLLIN EATON, individually and in his capacity as a City of Vallejo Police Officer; JORDON PATZER, individually and in his capacity as a City of Vallejo Police Officer and DOES 1-50, inclusive.<br><br>        Defendants. | Complaint Filed:  June 27, 2019<br>FAC Filed:  February 5, 2020<br>Trial Date:  January 10, 2022<br>Discovery Cut-off:  July 16, 2021<br>Motion Cut-off:  August 31, 2021 |

**DECLARATION OF ANDREW C. RAWCLIFFE**

I, ANDREW C. RAWCLIFFE, declare as follows:

1. I am an attorney licensed to practice law in the State of California and before this Court. I am Of Counsel to the law firm of Colantuono, Highsmith & Whatley, PC, attorneys of record for City of Vallejo, Andrew Bidou, Mark Thompson, Bryan Glick, Anthony Romero-Cano, Collin Eaton, and Jordon Patzer (collectively, "Defendants"). I have personal knowledge of the matters set forth herein and if called upon as a witness, I could competently testify thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of Plaintiffs' Request for Production of Documents, Set One, dated April 28, 2020.

3. Attached hereto as **Exhibit B** is a true and correct copy of Defendant's Response to Requests for Production, Set One, dated June 15, 2020.

4. Attached hereto as **Exhibit C** is the Declaration of Robert Knight served concurrently with Defendants' Response to Requests for Production, Set One, dated May 27, 2020.

5. Attached hereto as **Exhibit D** is a true and correct copy of Plaintiffs' Request for Production of Documents, Set Two, dated November 30, 2020.

6. Attached hereto as **Exhibit E** is a true and correct copy of Plaintiffs' Request for Production of Documents, Set Three, dated December 7, 2020.

7. Attached hereto as **Exhibit F** is a true and correct copy of an email I received from Plaintiffs' counsel, Patrick Buelna, requesting dates to depose, inter alia, Vallejo's Mayor, Vallejo's City Manager, and the Solano County District Attorney, dated December 7, 2020.

8. Attached hereto as **Exhibit G** is a true and correct copy of a letter, dated December 14, 2020, that I had sent to Mr. Buelna concerning, inter alia, his intention to notice the depositions referenced above, and my rationale for bring this motion to bifurcate, which Mr. Buelna and I discussed previously during a teleconference held conferred on November 24, 2020. During that teleconference, Mr. Buelna indicated he had no intention of agreeing to bifurcate *Monell* and officer liability and staying discovery of the former.

9. On December 16, 2020, I emailed Mr. Buelna regarding the issues raised in this motion, requesting that he stipulate to the relief we request here, including staying the proceedings

until completion of the criminal investigation, bifurcating *Monell* and officer liability and staying discovery of the former. Mr. Buelna declined my request. Attached hereto as **Exhibit H** is a true and correct copy of my email exchange with Mr. Buelna, dated December 16, 2020.

      I declare under penalty of perjury under the laws of the United States of America and State of California that the foregoing is true and correct.

      Executed on December 17, 2020 at London, United Kingdom.

      ANDREW C. RAWCLIFFE

Colantuono, Highsmith & Whatley, PC
420 SIERRA COLLEGE DRIVE, SUITE 140
GRASS VALLEY, CA 95945-5091

248300.1