# EXHIBIT E

**ADANTE POINTER, ESQ., SBN 236229**
**PATRICK BUELNA, ESQ., SBN 317043**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Suite 1140,
Oakland, CA 94612
Tel: 510-929-5400
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

**MELISSA C. NOLD, ESQ., SBN 301378**
**NOLD LAW**
521 Georgia Street,
Vallejo, California 94590
Tel: (707)644-4004
Email: melissa@noldlaw.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORI MCCOY, et al. | Case No.: 2:19-cv-01191-JAM-CKD |
| Plaintiffs, | PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS, SET THREE (3) |
| v. | |
| CITY OF VALLEJO, | |
| Defendants. | |

**REQUESTING PARTY**:    PLAINTIFFS

**RESPONDING PARTY:**    DEFENDANT CITY

**SET NUMBER:**    TWO

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Ste. 1140,
Oakland, CA 94612
Tel: (510) 929 - 5400

RPD, SET TWO TO DEF - 1

## INSTRUCTIONS

In accordance with F.R.C.P. 26 and 34, Plaintiffs request that responding party answer under oath the following requests for the production of documents within thirty days of service hereof. In answering these requests, you are required to furnish such information as is available to you, including information in the possession of your attorneys and investigators for your attorneys.

If any of these requests cannot be answered in full, please answer to the extent possible, specifying the reasons for your inability to provide responses to the remainder of the request and stating whatever information, knowledge or belief you do have concerning the unanswered portion.

If you object to responding to any of the requests on the ground that the information sought is privileged or otherwise protected by any rule of law, you shall provide the following information with respect to each such response:

1. All persons to whom the information has been disclosed, the dates such disclosure took place, the location such disclosure took place, who was present at such disclosure, the general subject matter of the disclosure without violating the privilege asserted, and the means of such disclosure;

2. The nature of the privilege or rule of law relied upon and the facts supporting your position with respect thereto.

## DEFINITIONS

The term "ALL" shall mean any and ALL.

The term "AND" shall be understood to mean "OR" AND vice versa whenever such construction results in a broader request for information.

The term "DOCUMENT" means a writing as defined in California Evidence Code Section 250 and F.R.E. 1001, and includes handwriting, typewriting, printing, photographs and every other means of recording upon any tangible thing, any form of communication or representation, including letters, words, pictures, sound or symbols, or combinations thereof. It also includes any information stored on a computer, on a computer disk or recorded on tape or disk, etc.

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Ste. 1140,
Oakland, CA 94612
Tel: (510) 929 - 5400

RPD, SET TWO TO DEF - 2

The term "INCIDENT" refers to the events alleged in Plaintiff's operative Complaint.

The term "IDENTIFY" when referring to a document shall include the following information: (a) the author OR originator of the DOCUMENT; (b) every person to whom the DOCUMENT was sent OR transferred; (c) the date on which the DOCUMENT was created; (d) each date on which it was sent OR transferred; (e) the type of DOCUMENT (e.g., letter, memorandum, chart, etc.); (f) a detailed description of the matter, nature, substance, AND content of the DOCUMENT; AND (g) the present location AND present custodian of the DOCUMENT, OR the date on which the DOCUMENT was lost, discarded, destroyed, altered, OR relinquished from your possession, custody, OR control.

The term "PERSON" means all natural persons, partnerships, consortiums, joint ventures and every other form of legally recognized entity, including corporations and governmental entities.

The term "PERTAINING TO" means commenting upon, concerning, regarding, discussing, reflecting, relating to, relevant to, used in connection with, or evidencing and is to be construed in the very broadest sense of the term.

The term "RELATE TO" means commenting upon, concerning, regarding, discussing, reflecting, relating to, relevant to, used in connection with, or evidencing and is to be construed in the very broadest sense of the term.

The term "YOU," YOUR," or "DEFENDANT" means the party in the instant litigation that is responding to these interrogatories.

The term "RECORDING" includes any method of memorializing an occurrence by way of audio, video and/or written means.

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Ste. 1140,
Oakland, CA 94612
Tel: (510) 929 - 5400

RPD, SET TWO TO DEF - 3

The term "INVOLVED OFFICER" includes any and all ALAMEDA law enforcement officers who participated, interacted with, and/or took independent action in using force, detaining and/or bring into custody Plaintiff during the INCIDENT.

## PLAINTIFF'S REQUESTS

**REQUEST NO. 1:**

Any and all DOCUMENTS RELATED TO the JOHN WHITNEY's termination.

**REQUEST NO. 2:**

Any and all DOCUMENTS RELATED TO ANY AND ALL investigations into bending of police badges in the Vallejo Police Department.

**REQUEST NO. 3:**

Any and all DOCUMENTS RELATED TO ANY AND ALL investigations into bending of police badge by DEFENDANT MCMAHON.

**REQUEST NO. 4:**

Any and all DOCUMENTS RELATED TO ANY AND ALL investigations into bending of police badge by SEAN KENNEY.

**REQUEST NO. 5:**

Any and all DOCUMENTS RELATED TO ANY AND ALL investigations into bending of police badge by JOE MCCARTHY.

**REQUEST NO. 6:**

Any and all DOCUMENTS RELATED TO ANY AND ALL investigations into bending of police badge by STEVE DARDEN.

**REQUEST NO. 7:**

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Ste. 1140,
Oakland, CA 94612
Tel: (510) 929 - 5400

RPD, SET TWO TO DEF - 4

Any and all DOCUMENTS RELATED TO ANY AND ALL investigations into bending of police badge by MARK THOMPSON.

**REQUEST NO. 8:**

Any and all DOCUMENTS RELATED TO ANY AND ALL to any employee of the Vallejo Police Department that used and/or uses the name and/or alias Tariq Aziz.

**REQUEST NO. 9:**

Any and all BADGES from DEFENDANT MCMAHON, STEVE DARDEN, MARK THOMPSON, SEAN KENNEY, JOE MCCARTHY, and/or DAVID MCLAUGHLIN.

**REQUEST NO. 10:**

Any and all COMMUNICATIONS from ANDREW BIDEOU regarding Vallejo police badges.

**REQUEST NO. 11:**

Any and all COMMUNICATIONS from JOHN WHITNEY regarding Vallejo police badges.

**REQUEST NO. 12:**

Any and all COMMUNICATIONS from ROBERT SAMPAYAN regarding Vallejo police badges.

**REQUEST NO. 13:**

Any and all DOCUMENTS RELATED TO ANY AND ALL investigations into bending of police badge by ANY DEFENDANT.

/

/

/

/

/

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Ste. 1140,
Oakland, CA 94612
Tel: (510) 929 - 5400

RPD, SET TWO TO DEF - 5

Date: **December 7, 2020**                                   Respectfully submitted,

                                                            **POINTER & BUELNA, LLP**

                                                            **LAWYERS FOR THE PEOPLE**

                                                            /s/ Patrick Buelna
                                                            PATRICK M. BUELNA
                                                            COUNSEL FOR PLAINTIFFS

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Ste. 1140,
Oakland, CA 94612
Tel: (510) 929 - 5400

RPD, SET TWO TO DEF - 6