# EXHIBIT F

| | |
|---|---|
| **From:** | Patrick Buelna <pbuelna@lawyersftp.com> |
| **Sent:** | Monday, December 7, 2020 9:12 PM |
| **To:** | Andrew Rawcliffe; Michael Colantuono; Nikhil S. Damle; Adante Pointer; melissa@noldlaw.com; Randy J. Risner; Angel Alexander; Carolina Galvan; Derick E. Konz; Bruce Kilday |
| **Subject:** | McCoy - Deposition Availability |

Good evening,

Plaintiffs intend to take the deposition of John Whitney, Robert Sampayan, Greg Nyhoff and Krishna Abrams in January/February. Please provide dates of availability and whether you will be producing Sampayan and Nyhoff.

Thanks,
Pat


--
Patrick Buelna
Trial Attorney & Partner
Pointer & Buelna, LLP
Lawyers For The People
1901 Harrison St., Suite 1140,
Oakland, CA 94612
Telephone: (510) 929 - 5400
Website: www.LawyersFTP.com

Thank you.

Facsimile or Email Confidentiality Notice
The information transmitted by this email/facsimile communication, including any additional pages or attachments, is intended only for the addressee and may contain confidential and/or privileged material. Any interception, review, retransmission, disclosure, dissemination, or other use and/or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact us immediately at pbuelna@lawyersftp.com and delete the communication from any computer or network system or dispose of the documents as directed. Thank you.