# EXHIBIT H

**Andrew Rawcliffe**

| | |
|---|---|
| **From:** | Patrick Buelna <pbuelna@lawyersftp.com> |
| **Sent:** | Wednesday, December 16, 2020 10:30 PM |
| **To:** | Andrew Rawcliffe |
| **Cc:** | apointer@lawyersftp.com; melissa@noldlaw.com; carolina.galvan@johnburrislaw.com; aalexander@lawyersftp.com; dkonz@akk-law.com; Randy J. Risner; Michael Colantuono; Pamela Graham; Matthew C. Slentz |
| **Subject:** | Re: McCoy v. City of Vallejo, et al. - Case No. 2:19-cv-01191 |

Hi Andrew,

We will not agree to bifurcate or stay the proceedings. The officers can place their Fifth Amendment assertions on the record at deposition as is their right.

Thanks,
Pat

On Wed, Dec 16, 2020 at 11:02 AM Andrew Rawcliffe <arawcliffe@chwlaw.us> wrote:

> Dear Pat,
>
> I'm following-up on our prior discussions about the City's anticipated motion to bifurcate. As we discussed, the City intends to move to bifurcate *Monell* and officer liability and stay *Monell*-related discovery until after the first phase of trial. We still intend to move in this regard but we also intend to move to stay the proceedings to protect the officers' Fifth Amendment rights in light of the special counsel's investigation. In the alternative, we will move to preclude the officer depositions until the completion of the special prosecutor's investigation. We envision once the stay is lifted (or in the absence of the court granting a stay), that trial will be bifurcated with individual liability being tried first, *Monell* liability and punitive damages be tried second and relevant discovery being tied to each phase.
>
> My understanding, of course, based on our previous discussions is that you and your clients oppose these efforts but let me know if you have had a change of heart. If not, we understand but if you could let us know by close of business today that would be greatly appreciated as we intend to file the motion tomorrow. And, if you would like to discuss, please feel free to call me on my cell.
>
> Thanks,
>
> Andrew
>
> **From:** Christina M. Rothwell <crothwell@chwlaw.us>
> **Sent:** Tuesday, December 15, 2020 1:04 AM
> **To:** pbuelna@lawyersftp.com

1

Case 2:19-cv-01191-JAM-CKD   Document 51-9   Filed 12/21/20   Page 3 of 4

**Cc:** apointer@lawyersftp.com; melissa@noldlaw.com; carolina.galvan@johnburrislaw.com; aalexander@lawyersftp.com; dkonz@akk-law.com; Randy J. Risner <Randy.Risner@cityofvallejo.net>; Michael Colantuono <mcolantuono@chwlaw.us>; Andrew Rawcliffe <arawcliffe@chwlaw.us>; Pamela Graham <pgraham@chwlaw.us>
**Subject:** McCoy v. City of Vallejo, et al. - Case No. 2:19-cv-01191

Please find attached correspondence being sent on behalf of Andrew Rawcliffe.

Regards,

## Christi M. Rothwell

*Legal Assistant*

## Colantuono, Highsmith & Whatley, PC

790 E. Colorado Blvd., Ste. 850 | Pasadena, CA 91101

**Direct** 213-600-2366  |  **Main** 213-542-5700  |  **Fax** 213-542-5710

crothwell@chwlaw.us | www.chwlaw.us | Blog: www.californiapubliclawreport.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

--
Patrick Buelna
Trial Attorney & Partner
Pointer & Buelna, LLP
Lawyers For The People
1901 Harrison St., Suite 1140,
Oakland, CA 94612

Telephone: (510) 929 - 5400
Website: www.LawyersFTP.com

Thank you.

Facsimile or Email Confidentiality Notice
The information transmitted by this email/facsimile communication, including any additional pages or attachments, is intended only for the addressee and may contain confidential and/or privileged material. Any interception, review, retransmission, disclosure, dissemination, or other use and/or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact us immediately at pbuelna@lawyersftp.com and delete the communication from any computer or network system or dispose of the documents as directed. Thank you.