RANDY J. RISNER
Assistant City Attorney, State Bar No. 172552
Email: randy.risner@cityofvallejo.net
KATELYN M. KNIGHT
Assistant City Attorney, State Bar No. 264573
Email:  katelyn.knight@cityofvallejo.net
**CITY OF VALLEJO**
555 Santa Clara Street
Vallejo, California 94590
Telephone:  (707) 648-4545
Facsimile:   (707) 648-4687

MICHAEL G. COLANTUONO, State Bar No. 143551
MColantuono@chwlaw.us
ANDREW C. RAWCLIFFE, State Bar No. 259224
ARawcliffe@chwlaw.us
NIKHIL S. DAMLE, State Bar No. 297350
NDamle@chwlaw.us
**COLANTUONO, HIGHSMITH & WHATLEY, PC**
420 Sierra College Drive, Suite 140
Grass Valley, California 95945-5091
Telephone:  (530) 432-7357
Facsimile:   (530) 432-7356

Attorneys for Defendants
CITY OF VALLEJO, ANDREW BIDOU, MARK THOMPSON, BRYAN GLICK, ANTHONY ROMERO-CANO, COLIN EATON, and JORDON PATZER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORI MCCOY, individually and as Co-Successor-in-Interest to Decedent WILLIE MCCOY; MARK MCCOY, individually and as Co-Successor-in-Interest to Decedent WILLIE MCCOY; LOUIS MCCOY, individually and as Co-Successor-in-Interest to Decedent WILLIE MCCOY; SHAWNMELL MITCHELL, individually and as Co-Successor-in-Interest to Decedent WILLIE MCCOY; and MARQUITA MCCOY, individually and as Co-Successor-in-Interest to Decedent WILLIE MCCOY,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF VALLEJO, a municipal corporation; ANDREW BIDOU, Chief of Police for the City of Vallejo, in his individual capacity; RYAN MCMAHON, individually and in his capacity as a City of Vallejo Police Officer; MARK THOMPSON, individually and in his capacity as a City of Vallejo Police Officer; | **CASE NO.: 2:19-cv-01191-JAM-CKD**<br><br>Assigned to the Hon. John A. Mendez<br><br>**DECLARATION OF DETECTIVE MATHEW MUSTARD IN SUPPORT OF DEFENDANTS CITY OF VALLEJO, FORMER CHIEF OF POLICE ANDREW BIDOU, POLICE OFFICER MARK THOMPSON, POLICE OFFICER BRYAN GLICK, POLICE OFFICER ANTHONY ROMERO-CANO, POLICE OFFICER COLIN EATON, AND POLICE OFFICER JORDON PATZER'S MOTION TO STAY PROCEEDINGS, AND TO PHASE TRIAL AND DISCOVERY OF *MONELL* CLAIMS**<br><br>**FED. R. CIV. P., RULES 42(B), 26(C)**<br><br>Hearing Date:   February 9, 2021<br>Hearing Time:  1:30 p.m.<br>Location:           Courtroom 6, 14th floor |

1   *Case No. 2:19-cv-01191-JAM-CKD*
**DECLARATION OF DET. SGT. MATHEW MUSTARD**

248379.1

| | |
|---|---|
| BRYAN GLICK, individually and in his capacity as a City of Vallejo Police Officer; ANTHONY ROMERO-CANO, individually and in his capacity as a City of Vallejo Police Officer; COLLIN EATON, individually and in his capacity as a City of Vallejo Police Officer; JORDON PATZER, individually and in his capacity as a City of Vallejo Police Officer and DOES 1-50, inclusive.<br><br>                    Defendants. | Complaint Filed:   June 27, 2019<br>FAC Filed:           February 5, 2020<br>Trial Date:           January 10, 2022<br>Discovery Cut-off:   July 16, 2021<br>Motion Cut-off:      August 31, 2021 |

## DECLARATION OF DETECTIVE SERGEANT MATHEW MUSTARD

I, MATHEW MUSTARD, declare as follows:

1.  I am a Detective Sergeant with the Vallejo Police Department and write this declaration in support of the "Motion to Stay Proceedings, and to Phase Trial and Discovery of *Monell* Claims" filed by Defendants City of Vallejo, Andrew Bidou, Mark Thompson, Bryan Glick, Anthony Romero-Cano, Colin Eaton, and Jordon Patzer. I have personal knowledge of the matters set forth herein and if called upon as a witness, I could competently testify thereto.

2.  Shortly after completion of the criminal investigation into the underlying officer-involved shooting, the Vallejo Police Department turned over its case file to the Solano County District Attorney's Office. The Solano County District Attorney announced on July 2, 2020 that she would be recusing her office from criminal review of the Willie McCoy officer-involved shooting incident.

3.  On July 30, 2020, the District Attorney announced that she was appointing special prosecutor Michael Ramos to conduct the review. The Vallejo Police Department released the investigation files to the District Attorney for delivery to Mr. Ramos on or about August 5, 2020. It is difficult to predict how long Mr. Ramos' criminal review will take as it is my experience that such reviews of officer-involved shootings can take anywhere from 2–3 months to 12–18 months from the time the investigatory files are delivered.

I declare under penalty of perjury under the laws of the United States of America and State of California that the foregoing is true and correct.

Executed on December 18, 2020 at Vallejo, California.

_____
DET. SGT. MATHEW MUSTARD