RANDY J. RISNER
Assistant City Attorney, State Bar No. 172552
KATELYN M. KNIGHT
Assistant City Attorney, State Bar No. 264573
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street
Vallejo, California 94590
Telephone: (707) 648-4545
Facsimile: (707) 648-4687
Email: katelyn.knight@cityofvallejo.net

MICHAEL G. COLANTUONO, State Bar No. 143551
MColantuono@chwlaw.us
ANDREW C. RAWCLIFFE, State Bar No. 259224
ARawcliffe@chwlaw.us
NIKHIL S. DAMLE, State Bar No. 297350
NDamle@chwlaw.us
**COLANTUONO, HIGHSMITH & WHATLEY, PC**
420 Sierra College Drive, Suite 140
Grass Valley, California 95945-5091
Telephone: (530) 432-7357
Facsimile: (530) 432-7356

Attorneys for Defendants
CITY OF VALLEJO, ANDREW BIDOU, MARK THOMPSON, BRYAN GLICK, ANTHONY ROMERO-CANO, COLIN EATON, and JORDON PATZER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORI MCCOY, individually and as Co-Successor-in-Interest to Decedent WILLIE MCCOY; MARK MCCOY, individually and as Co-Successor-in-Interest to Decedent WILLIE MCCOY; LOUIS MCCOY, individually and as Co-Successor-in-Interest to Decedent WILLIE MCCOY; SHAWNMELL MITCHELL, individually and as Co-Successor-in-Interest to Decedent WILLIE MCCOY; and MARQUITA MCCOY, individually and as Co-Successor-in-Interest to Decedent WILLIE MCCOY,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF VALLEJO, a municipal corporation; ANDREW BIDOU, Chief of Police for the City of Vallejo, in his individual capacity; RYAN MCMAHON, individually and in his capacity as a City of Vallejo Police Officer; MARK THOMPSON, individually and in his capacity as a City of Vallejo Police Officer; BRYAN GLICK, individually and in his capacity as a City of Vallejo Police Officer; ANTHONY | **CASE NO.: 2:19-cv-01191-JAM-CKD**<br><br>Assigned to the Hon. John A. Mendez<br><br>**DECLARATION OF LIEUTENANT ROBERT KNIGHT IN SUPPORT OF DEFENDANTS CITY OF VALLEJO, FORMER CHIEF OF POLICE ANDREW BIDOU, POLICE OFFICER MARK THOMPSON, POLICE OFFICER BRYAN GLICK, POLICE OFFICER ANTHONY ROMERO-CANO, POLICE OFFICER COLIN EATON, AND POLICE OFFICER JORDON PATZER'S MOTION TO STAY PROCEEDINGS, AND TO PHASE TRIAL AND DISCOVERY OF *MONELL* CLAIMS**<br><br>**FED. R. CIV. P., RULES 42(B), 26(C)**<br><br>Complaint Filed:  June 27, 2019<br>FAC Filed:  February 5, 2020<br>Trial Date:  January 10, 2022<br>Discovery Cut-off:  July 16, 2021<br>Motion Cut-off:  August 31, 2021 |

1   *Case No. 2:19-cv-01191-JAM-CKD*
**DECLARATION OF LT. KNIGHT**

ROMERO-CANO, individually and in his capacity as a City of Vallejo Police Officer;
COLLIN EATON, individually and in his capacity as a City of Vallejo Police Officer;
JORDON PATZER, individually and in his capacity as a City of Vallejo Police Officer and DOES 1-50, inclusive.

Defendants.

## DECLARATION OF LIEUTENANT ROBERT KNIGHT

I, ROBERT KNIGHT, declare as follows:

1. I am a Lieutenant with the Vallejo Police Department and the commander of the Professional Standards Division, which handles internal affairs investigations and disciplinary matters for the Vallejo Police Department. I write this declaration in support of the "Motion to Stay Proceedings, and to Phase Trial and Discovery of *Monell* Claims" filed by Defendants City of Vallejo, Andrew Bidou, Mark Thompson, Bryan Glick, Anthony Romero-Cano, Colin Eaton, and Jordon Patzer. I have personal knowledge of the matters set forth herein and if called upon as a witness, I could competently testify thereto.

2. An internal affairs investigation was conducted into Officer McMahon's conduct related to the underlying officer-involved shooting. That investigation was completed and discipline imposed. An appeal is currently pending.

3. I understand that Plaintiffs' counsel intends to seek records related to an investigation into the alleged bending of badges by members of the Department. An independent investigator was retained by the City and the investigation is still in early stages.

I declare under penalty of perjury under the laws of the United States of America and State of California that the foregoing is true and correct.

Executed on December 18, 2020 at Vallejo, California.

_____
LT. ROBERT KNIGHT