RANDY J. RISNER
Assistant City Attorney, State Bar No. 172552
Email: randy.risner@cityofvallejo.net
KATELYN M. KNIGHT
Assistant City Attorney, State Bar No. 264573
Email: katelyn.knight@cityofvallejo.net
**CITY OF VALLEJO**
555 Santa Clara Street
Vallejo, California 94590
Telephone: (707) 648-4545
Facsimile: (707) 648-4687

MICHAEL G. COLANTUONO, State Bar No. 143551
MColantuono@chwlaw.us
ANDREW C. RAWCLIFFE, State Bar No. 259224
ARawcliffe@chwlaw.us
NIKHIL S. DAMLE, State Bar No. 297350
NDamle@chwlaw.us
**COLANTUONO, HIGHSMITH & WHATLEY, PC**
420 Sierra College Drive, Suite 140
Grass Valley, California 95945-5091
Telephone: (530) 432-7357
Facsimile: (530) 432-7356

Attorneys for Defendants
CITY OF VALLEJO, ANDREW BIDOU, MARK THOMPSON, BRYAN GLICK, ANTHONY ROMERO-CANO, COLLIN EATON, and JORDON PATZER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORI MCCOY, individually and as Co-Successor-in-Interest to Decedent WILLIE MCCOY; MARK MCCOY, individually and as Co-Successor-in-Interest to Decedent WILLIE MCCOY; LOUIS MCCOY, individually and as Co-Successor-in-Interest to Decedent WILLIE MCCOY; SHAWNMELL MITCHELL, individually and as Co-Successor-in-Interest to Decedent WILLIE MCCOY; and MARQUITA MCCOY, individually and as Co-Successor-in-Interest to Decedent WILLIE MCCOY,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF VALLEJO, a municipal corporation; ANDREW BIDOU, Chief of Police for the City of Vallejo, in his individual capacity; RYAN MCMAHON, individually and in his capacity as a City of Vallejo Police Officer; MARK THOMPSON, individually and in his capacity as a City of Vallejo Police Officer; | **CASE NO.: 2:19-cv-01191-JAM-CKD**<br><br>Assigned to the Hon. John A. Mendez<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS CITY OF VALLEJO, FORMER CHIEF OF POLICE ANDREW BIDOU, POLICE OFFICERS MARK THOMPSON BRYAN GLICK, ANTHONY ROMERO-CANO, COLLIN EATON, AND JORDON PATZER'S MOTION TO STAY PROCEEDINGS, AND TO BIFURCATE TRIAL AND PHASE DISCOVERY ON *MONELL* CLAIMS**<br><br>Hearing Date: February 9, 2021<br>Hearing Time: 1:30 p.m.<br>Location: Courtroom 6, 14th floor |

| | |
|---|---|
| 1   BRYAN GLICK, individually and in his capacity as a City of Vallejo Police Officer; <br> 2   ANTHONY ROMERO-CANO, individually and in his capacity as a City of Vallejo Police <br> 3   Officer; COLLIN EATON, individually and in his capacity as a City of Vallejo Police Officer; <br> 4   JORDON PATZER, individually and in his capacity as a City of Vallejo Police Officer and <br> 5   DOES 1-50, inclusive. <br> 6            Defendants. | Complaint Filed:   June 27, 2019 <br> FAC Filed:   February 5, 2020 <br> Trial Date:   January 10, 2022 <br> Discovery Cut-off:   July 16, 2021 <br> Motion Cut-off:   August 31, 2021 |

Colantuono, Highsmith & Whatley, PC
420 SIERRA COLLEGE DRIVE, SUITE 140
GRASS VALLEY, CA 95945-5091

# [PROPOSED] ORDER

Defendants City of Vallejo, Former Chief of Police Andrew Bidou, Officer Mark Thompson, Officer Bryan Glick, Officer Anthony Romero-Cano, Officer Collin Eaton, and Officer Jordon Patzer's (hereinafter, collectively "Defendants") Motion to Stay Proceedings, and to Phase Trial and Discovery of *Monell* Claims came on regularly for hearing on February 9, 2021, in Courtroom 6 of the above referenced Court, located at 501 "I" Street, Sacramento, CA 95814. Andrew C. Rawcliffe of Colantuono, Highsmith & Whatley, PC, appeared telephonically on behalf of Defendants. Patrick Buelna of Pointer & Buelna, LLP, appeared telephonically on behalf of Plaintiffs Kori McCoy, Marc McCoy, Louis McCoy, Shawnmell Mitchell, and Marquita McCoy (hereinafter, collectively "Plaintiffs").

This Court considered the arguments of the parties and the papers and records on file. For good cause appearing, the Court hereby ORDERS:

1. This case and all related discovery are stayed pending the results of the Solano County District Attorney's Office's criminal investigation into the death of decedent Willie James McCoy. Having weighed 1) the extent to which the Defendant's Fifth Amendment rights are implicated, 2) the interest of the Plaintiffs in proceeding with the litigation and the potential prejudice to Plaintiffs of a delay, 3) the convenience of the Court and the efficient use of judicial resources, 4) the interests of third parties, and 5) the interests of the public, the Court finds the interests of justice require the proceedings be stayed. *Keating v. Office of Thrift Supervision*, 45 F.3d 322, 324 (9th Cir. 1995).

2. Pursuant to Federal Rules of Civil Procedure, Rule 42(b), trial shall be bifurcated between the liability of the individual officers and City of Vallejo's liability under *Monell v. Dept. of Social Services*, 436 U.S. 658 (1978). The Court finds that the officers' individual liability and the *Monell* claims are separable, and that bifurcation will prevent unfair prejudice to the officers, avoid juror confusion, and will promote convenience and judicial economy. *Quintanilla v. City of Downey* 84 F.3d 353, 356 (9th Cir. 1996). For the same reasons, all *Monell*-related discovery is stayed under Federal Rules of Civil Procedure, Rule 26(c), until after the liability of the individual officers has been determined. *Ellingson Timber Co. v. Great Northern Ry. Co.*, 424 F.2d 497, 499 (9th Cir. 1970).

1     IT IS SO ORDERED.

2  Dated: _____

3

4                               JOHN A. MENDEZ
                              UNITED STATES DISTRICT JUDGE

Colantuono, Highsmith & Whatley, PC
420 SIERRA COLLEGE DRIVE, SUITE 140
GRASS VALLEY, CA 95945-5091

4     *Case No. 2:19-cv-01191-JAM-CKD*
**[PROPOSED] ORDER GRANTING MOTION TO STAY**

248172.1