BRUCE A. KILDAY, ESQ., SB No. 66415
  Email: bkilday@akk-law.com
DERICK E. KONZ, ESQ., SB No. 286902
  Email: dkonz@akk-law.com
DANIELLE J. WILLIAMS, ESQ., SB No. 317229
  Email: dwilliams@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendant RYAN McMAHON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KORI MCCOY, et al., | ) | Case No.: 2:19-cv-1191-JAM-CKD |
| | ) | |
| Plaintiffs, | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| vs. | ) | |
| | ) | |
| CITY OF VALLEJO, et al. | ) | |
| | ) | |
| Defendants. | ) | |

Attorney DERICK E. KONZ of the law firm of Angelo, Kilday & Kilduff, LLP, has joined in as attorney of record for Defendant RYAN MCMAHON in this matter.

Pursuant to Fed.R.Civ.P. 5, Derick E, Konz requests email notification of all e-filings in this matter. Derick Konz' email address is: dkonz@akk-law.com.

Dated:  December 22, 2020                                  ANGELO, KILDAY & KILDUFF, LLP

                                                                                    */s/ Derick E. Konz*
                                                                             By:_____
                                                                                  DERICK E. KONZ
                                                                                  Attorneys for Defendant RYAN
                                                                                  MCMAHON

-1-
NOTICE OF APPEARANCE

{Notice of Appearance (DEK);00189526}