BRUCE A. KILDAY, ESQ., SB No. 66415
  Email: bkilday@akk-law.com
DERICK E. KONZ, ESQ., SB No. 286902
  Email: dkonz@akk-law.com
DANIELLE J. WILLIAMS, ESQ., SB No. 317229
  Email: dwilliams@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendant RYAN McMAHON

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KORI MCCOY, et al.,<br><br>            Plaintiffs,<br><br>vs.<br><br>CITY OF VALLEJO, et al.<br><br>            Defendants. | Case No.: 2:19-cv-1191-JAM-CKD<br><br>**DEFENDANT RYAN McMAHON'S JOINDER TO MOTION TO STAY PROCEEDINGS AND TO PHASE TRIAL AND DISCOVERY OF** *MONELL* **CLAIMS (ECF NO. 51)**<br><br>Hearing Date: February 9, 2021<br>Hearing Time: 1:30 p.m.<br>Location: Courtroom 6, 14th floor |

Defendant RYAN McMAHON hereby joins in the Fed. R. Civ. P. 42(b) and 26(c) motion filed by Defendants City of Vallejo, Former Chief of Police Andrew Bidou, Officer Mark Thompson, Officer Bryan Glick, Officer Anthony Romero-Cano, Officer Collin Eaton, and Officer Jordon Patzer (ECF No. 51).  This joinder is made to promote judicial economy because all arguments in the motion are common to all defendants and should be decided as to all defendants. *See Escalante v. Fed. Nat'l Mortg. Ass'n*, No. 2:16-CV-00430JAMKJN, 2016 WL 4160956, at *2 (joinder is appropriate to promote judicial economy where arguments are not particular to any defendant, but common to all defendants and should be decided as to all Defendants); *Hughey v. Drummond*, No. 2:14-CV-00037-TLN-AC, 2014 WL 5797365, at fn. 1 (E.D. Cal. Nov. 6, 2014).

1   Accordingly, Defendant McMAHON incorporates herein ECF No. 51.

2

3   Dated: December 22, 2020                ANGELO, KILDAY & KILDUFF, LLP

4                                                    */s/ Derick E. Konz*
     By:_____
5           DERICK E. KONZ
6           Attorneys for Defendant RYAN
            MCMAHON
7