**MELISSA C. NOLD, ESQ., SBN 301378**
**NOLD LAW**
521 Georgia Street,
Vallejo, California 94590
Tel: (707)644-4004
Email: melissa@noldlaw.com

**ADANTE POINTER, ESQ., SBN 236229**
**PATRICK BUELNA, ESQ., SBN 317043**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
Well Fargo Center
1901 Harrison St., Suite 1140,
Oakland, CA 94612
Tel: 510-929-5400
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

Attorney for PLAINTIFFS

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

KORI MCCOY, et al.

     Plaintiffs,

  v.

CITY OF VALLEJO, et al.

     Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 2:19-cv-01191-JAM-CKD

STIPULATION AND ORDER TO RESET THE CASE SCHEDULE

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants by and through their designated counsel, that:

WHEREAS, on June 27, 2019, Plaintiffs filed their Complaint. (Doc. 1).

WHEREAS, on November 18, 2019, Defendants file a Rule 12 motion.

WHEREAS, on January 23, 2020, the Court resolved Defendants' Rule 12 motion granting in part and denying in part, and permitting Plaintiffs to file a First Amended Complaint. (Doc. 12).

WHEREAS, on February 5, 2020, Plaintiffs filed a First Amended Complaint. (Doc. 13).

WHEREAS, on February 25, 2020, Defendants filed their Answer. (Doc. 15).

WHEREAS, the spread of the COVID-19 virus has caused the State of California Governor and the Counties of Alameda and San Francisco to issue a shelter-in-place order that severely limited business and strictly limited contact with other people that commenced March 23, 2020 and has not been lifted;

WHEREAS, the shelter-in-place order has closed the law offices of both parties' counsel and delayed their abilities to conduct discovery;

WHEREAS, on June 2, 2020, the Court issued the case schedule;

WHEREAS, on or about Sept. 18, 2020, the parties agreed to stay discovery while new counsels substituted in for Defendants.

WHEREAS, on or about November 10-13, 2020, Defendants' counsels substituted into the case. (Doc. 30-48).

WHEREAS, on December 21, 2020, Defendants filed to stay and bifurcate the case. (Doc. 30-48).

WHEREAS, on February 10, 2021, the Court denied Defendants Motion to Bifurcate and Stay the case.

WHEREAS, the parties have not previously requested any extensions for discovery.

WHEREAS, the current discovery schedule is set as:

| | |
|---|---|
| Fact Discovery Cut-Off: | July 16, 2021 |
| Expert Witness Disclosures: | May 11, 2021 |
| Rebuttal Expert Witness Disclosures: | May 25, 2021 |
| Expert Discovery Cutoff: | July 16, 2021 |
| Last Day to File Dispositive Motion | August 31, 2021 |

| | |
|---|---|
| Dispositive Motion Hearing | September 28, 2021 |
| Pretrial Conference | November 5, 2021 |
| Trial | January 10, 2022 |

WHEREAS, the parties met and conferred and agreed to extend discovery dates and set case schedule as proposed below:

| | |
|---|---|
| Discovery Cut-Off: | March 4, 2022 |
| Expert Witness Disclosures: | December 31, 2021 |
| Rebuttal Expert Witness Disclosures: | January 14, 2022 |
| Last Day to File Dispositive Motion | April 15, 2022 |
| Dispositive Motion Hearing | June 7, 2022 at 1:30 PM |
| Joint Mid-Litigation Statement | Feb. 18, 2022 |
| Pretrial Conference | July 15, 2022 at 10 AM |
| Trial | August 29, 2022 at 9 AM |

IT IS SO AGREED.

Dated:  Feb. 26, 2021

/s/Patrick M. Buelna
PATRICK M. BUELNA
Attorneys for Plaintiff

Dated:  Feb. 26, 2021

/s/Andrew Rawcliffe
ANDREW RAWCLIFFE
Attorneys for Defendants

Dated:  Feb. 26, 2021

/s/Derick Konz
DERICK KONZ
Attorneys for Defendant MCMAHON

1

2   **IT IS SO ORDERED.**

3

Dated:  March 2, 2021                          /s/ John A. Mendez

4                                              THE HONORABLE JOHN A. MENDEZ

5                                              UNITED STATES DISTRICT COURT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25