RANDY J. RISNER
Chief Assistant City Attorney, State Bar No. 172552
KATELYN M. KNIGHT
Assistant City Attorney, State Bar No. 264573
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street
Vallejo, California 94590
Telephone:  (707) 648-4545
Facsimile:  (707) 648-4687
Email:  katelyn.knight@cityofvallejo.net

MICHAEL G. COLANTUONO, State Bar No. 143551
MColantuono@chwlaw.us
ANDREW C. RAWCLIFFE, State Bar No. 259224
ARawcliffe@chwlaw.us
NIKHIL S. DAMLE, State Bar No. 297350
NDamle@chwlaw.us
**COLANTUONO, HIGHSMITH & WHATLEY, PC**
420 Sierra College Drive, Suite 140
Grass Valley, California 95945-5091
Telephone:  (530) 432-7357
Facsimile:  (530) 432-7356

Attorneys for Defendants
CITY OF VALLEJO, ANDREW BIDOU, GREG NYHOFF,
MARK THOMPSON, BRYAN GLICK, ANTHONY
ROMERO-CANO, COLIN EATON, and JORDON PATZER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORI MCCOY, etc., et al., | **CASE NO.: 2:19-cv-01191-JAM-CKD** |
| Plaintiffs, | **STIPULATION TO FILING OF SECOND AMENDED COMPLAINT AND RULE 12 MOTION BRIEFING SCHEDULE; ORDER** |
| v. | |
| CITY OF VALLEJO, etc., et al., | Complaint Filed:    June 27, 2019 |
| | FAC Filed:            February 5, 2020 |
| Defendants. | Trial Date:            August 29, 2022 |
| | Discovery Cut-off: March 4, 2022 |
| | Motion Cut-off:     April 15, 2022 |

1
**CERTIFICATE OF SERVICE**

*Case No. 2:19-cv-01191-JAM-CKD*

254353.4

1. IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiffs Kori McCoy, Marc McCoy, Louis McCoy, Shawnmell Mitchell, Marquita McCoy, and Barbara Dorsey ("Plaintiffs") and Defendants City of Vallejo, Andrew Bidou, Greg Nyhoff, Mark Thompson, Bryan Glick, Anthony Romero-Cano, Colin Eaton, Jordon Patzer and Ryan McMahon ("Defendants"[1]), referred to collectively as the "Parties," by and through their designated counsel, that:

WHEREAS, on February 9, 2021, Plaintiffs filed a Motion for Leave to File a Second Amended Complaint ("Motion") (Doc. 59). The proposed Second Amended Complaint ("SAC") adds additional facts, clarifying language in regards to liability and damages, a new plaintiff, Barbara Dorsey, two new defendants, Vallejo Police Department Officers Kyle Wylie and Steve Darden, and two new causes of action for Conspiracy and Supervisor Liability.

WHEREAS, a hearing on Plaintiff's Motion is currently scheduled for April 6, 2021 at 1:30 p.m. in Courtroom 6 before the Honorable Judge John A. Mendez.

WHEREAS, on February 10, 2021, Plaintiff Barbra Dorsey filed a separate complaint against Defendants in Case No. 2:21–CV–00255–JAM-JDP, which is substantively identical to the SAC. Defendants were served with Plaintiff Dorsey's complaint on March 9, 2021.

WHEREAS, the Parties have met and conferred regarding Plaintiffs' Motion and Plaintiff Dorsey's separate complaint, and have agreed to the filing of the SAC attached to this stipulation per E.D. Local Rule 137 (c) and the concurrent dismissal of Plaintiff Dorsey's separate lawsuit without prejudice. By proceeding solely on the SAC, the Parties intend to avoid unnecessary costs and preserve judicial resources.

WHEREAS, Defendants intend to file motions under Rule 12 of the Federal Rules of Civil Procedure in response to the SAC, and the Parties have agreed to a proposed briefing schedule.

WHEREAS, by entering into this stipulation, neither Party waives any rights or defenses which they may have with regard to the claims in the SAC.

NOW THEREFORE, the Parties, through their undersigned counsel below, hereby stipulate and agree as follows:

---

[1] Defendant Ryan McMahon is represented separately by the law firm Angelo, Killday and Kilduff.

1. Plaintiffs will be granted leave to file their Second Amended Complaint.

2. Plaintiff Dorsey will agree to dismiss without prejudice her separately filed complaint in Case No. 2:21–CV–00255–JAM-JDP within 7 days of Plaintiffs filing their Second Amended Complaint.

3. Defendants will be permitted to file a responsive pleading and/or motion within 21 days of the filing of Plaintiffs' Complaint.

DATED: March 19, 2021

/s/ Andrew Rawcliffe
ANDREW C. RAWCLIFFE
Attorneys for Defendants
City of Vallejo, Andrew Bidou, Greg Nyhoff, Mark Thompson, Bryan Glick, Anthony Romero-Cano, Colin Eaton, and Jordon Patzer

DATED: March 19, 2021

/s/ Derick Konz
DERICK E. KONZ
Attorneys for Defendant Ryan McMahon

DATED: March 19, 2021

/s/Patrick M. Buelna
PATRICK M. BUELNA
Attorneys for Plaintiffs

**IT IS SO ORDERED.**

DATED: March 22, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

3
**CERTIFICATE OF SERVICE**

*Case No. 2:19-cv-01191-JAM-CKD*

Colantuono, Highsmith & Whatley, PC
420 SIERRA COLLEGE DRIVE, SUITE 140
GRASS VALLEY, CA 95945-5091

254353.4