1 | **VERONICA A.F. NEBB**
City Attorney, SBN 140001
**BY:    KATELYN M. KNIGHT**
Assistant City Attorney, SBN 264573
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, 3rd Floor
Vallejo, CA 94590
Tel:    (707) 648-4545
Fax:    (707) 648-4687
Email: katelyn.knight@cityofvallejo.net

**MICHAEL G. COLANTUONO, ESQ.**
**COLANTUONO, HIGHSMITH & WHATLEY, PC**
420 Sierra College Drive, Suite 140
Grass Valley, CA 95945-5091
Tel:    (530) 432-7357
Fax:    (530) 432-7356
Email**:** mcolantuono@chwlaw.us

Attorneys for Defendants CITY OF VALLEJO; ANDREW BIDOU; MARK THOMPSON; BRYAN GLICK; ANTHONY ROMERO-CANO; COLIN EATON; and JORDON PATZER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| KORI MCCOY, individually and as Co-Successor-in-Interest to Decedent WILLIE MCCOY; MARC MCCOY, individually and as Co-Successor-in-Interest to Decedent WILLIE MCCOY; LOUIS MCCOY, individually and as Co-Successor-in-Interest to Decedent WILLIE MCCOY; SHAWNMELL MITCHELL, individually and as Co-Successor-in-Interest to Decedent WILLIE MCCOY; and MARQUITA MCCOY, individually and as Co-Successor-in-Interest to Decedent WILLIE MCCOY,<br><br>              Plaintiffs,<br><br>       vs.<br><br>CITY OF VALLEJO, a municipal corporation; ANDREW BIDOU, in his official capacity as Chief of Police for the City of Vallejo; GREG NYHOFF, in his official capacity as City | Case No.  2:19-cv-01191-JAM-CKD<br><br>**DESIGNATION OF COUNSEL** |

1  Manager of the City of Vallejo; RYAN
2  MCMAHON, individually and in his capacity as a City of Vallejo Police Officer; MARK
3  THOMPSON, individually and in his capacity as a City of Vallejo Police Officer; BRYAN
4  GLICK, individually and in his capacity as a City of Vallejo Police Officer; ANTHONY
5  ROMERO-CANO, individually and in his capacity as a City of Vallejo Police Officer;
6  COLLIN EATON, individually and in his capacity as a City of Vallejo Police Officer;
7  JORDAN PATZER, individually and in his capacity as a City of Vallejo Police Officer and
8  DOES 1-50, inclusive.
9
10             Defendants.
11
12  TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
13  Defendants CITY OF VALLEJO and ANDREW BIDOU and MARK THOMPSON and
14  BRYAN GLICK and ANTHONY ROMERO-CANO and COLIN EATON and JORDON
15  PATZER hereby designate the following attorney as counsel for service in this action:

    Veronica A.F. Nebb (SBN 140001)
16      City Attorney
17      City of Vallejo, City Attorney's Office
    555 Santa Clara Street, 3rd Floor
18      Vallejo, CA 94590
    Tel: (707) 648-4545
19      Fax: (707) 648-4687
20      E-mail: veronica.nebb@cityofvallejo.net

21  The following attorney is no longer counsel of record in this action:
22      Randy J. Risner (SBN 172552)
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

Case No. 2:19-cv-01191-JAM-CKD                                           DESIGNATION OF COUNSEL
-2-

1  DATED: April 17, 2021                                  Respectfully submitted,

2

3                                                         */s/ Katelyn M. Knight*
                                                          KATELYN M. KNIGHT
4                                                         Assistant City Attorney
                                                          Attorney for Defendants CITY OF VALLEJO,
5                                                         ANDREW BIDOU;MARK THOMPSON;
                                                          BRYAN GLICK; ANTHONY ROMERO-
6                                                         CANO; COLIN EATON; and JORDON
7                                                         PATZER