VERONICA A.F. NEBB
City Attorney, State Bar No. 140001
RANDY J. RISNER
Chief Assistant City Attorney, State Bar No. 172552
KATELYN M. KNIGHT
Assistant City Attorney, State Bar No. 264573
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street
Vallejo, California 94590
Telephone: (707) 648-4545
Facsimile: (707) 648-4687
Email: katelyn.knight@cityofvallejo.net

MICHAEL G. COLANTUONO, State Bar No. 143551
MColantuono@chwlaw.us
ANDREW C. RAWCLIFFE, State Bar No. 259224
ARawcliffe@chwlaw.us
NIKHIL S. DAMLE, State Bar No. 297350
NDamle@chwlaw.us
**COLANTUONO, HIGHSMITH & WHATLEY, PC**
420 Sierra College Drive, Suite 140
Grass Valley, California 95945-5091
Telephone: (530) 432-7357
Facsimile: (530) 432-7356

Attorneys for Defendants
CITY OF VALLEJO, ANDREW BIDOU, GREG NYHOFF, MARK THOMPSON, BRYAN GLICK, ANTHONY ROMERO-CANO, COLIN EATON, JORDON PATZER, STEVEN DARDEN, AND KYLE WYLIE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORI MCCOY, etc., et al., | **CASE NO.: 2:19-cv-01191-JAM-CKD** |
| Plaintiffs, | **STIPULATION AND ORDER ON DISMISSAL OF MARQUITA MCCOY'S STATE LAW CLAIMS BROUGHT IN HER INDIVIDUAL CAPACITY** |
| v. | |
| CITY OF VALLEJO, etc., et al., | |
| Defendants. | Complaint Filed: June 27, 2019<br>SAC Filed: March 26, 2021<br>Trial Date: August 29, 2022 |

IT IS HEREBY STIPULATED by and between Plaintiffs Kori McCoy, Marc McCoy, Louis McCoy, Shawnmell Mitchell, Marquita McCoy, and Barbara Dorsey ("Plaintiffs") and Defendants City of Vallejo, Andrew Bidou, Greg Nyhoff, Mark Thompson, Bryan Glick, Anthony Romero-Cano, Colin Eaton, Jordon Patzer, Steven Darden, Kyle Wylie and Ryan McMahon ("Defendants"[1]), referred to collectively as the "Parties," by and through their designated counsel, that:

WHEREAS, on April 21, 2021, the Parties held a meet and confer in compliance with section III of the Order re Filing Requirements, ECF No. 4-2, in anticipation of Defendants moving under Rule 12(b) to dismiss various causes of action pleaded in Plaintiffs' Second Amended Complaint's ("SAC") for their failure to state a claim.

WHEREAS, the Parties agreed during that meet and confer that Plaintiff Marquita McCoy cannot pursue state law claims brought in her individual capacity for money or damages for failure present a timely government claim for damage within six months of the Willie McCoy's death and the limitations period has lapsed. Cal. Gov. Code, §§ 905, 905.2, 954.4.  Nor can Ms. McCoy rely on her siblings' claims as their injuries are distinct from hers. *Nguyen v. Los Angeles County Harbor/UCLA Medical Center*, 8 Cal.App.4th 729, 733–734 (1992); *e.g., Castaneda v. Department of Corrections & Rehabilitation*, 212 Cal.App.4th 1051, 1063 (2013).

WHEREAS, the Parties agreed that Plaintiff Marquita McCoy would voluntarily dismiss with prejudice her state law claims for wrongful death, under the Bane Act (Cal. Civ. Code, § 52.1), battery, conspiracy, and supervisory liability that are found in the SAC's Fourth through Eighth Causes Action and will not further pursue these or any other state law claim for money or damages on her own behalf, except those sought as a successor-interest to decedent Willie McCoy.

NOW THEREFORE, the Parties, through their undersigned counsel below, hereby stipulate and agree:

1. Plaintiff Marquita McCoy's state law claims for wrongful death, Bane Act violations (Cal. Civ. Code, § 52.1), battery, conspiracy, and supervisory liability, which are brought in her individual capacity, under the Fourth through Eighth Cause of Action in Plaintiffs' Second Amended Complaint are dismissed with prejudice.

---

[1] Defendant Ryan McMahon is represented separately by the law firm Angelo, Killday and Kilduff.

Colantuono, Highsmith & Whatley, PC
420 SIERRA COLLEGE DRIVE, SUITE 140
GRASS VALLEY, CA 95945-5091

DATED: April 23, 2021

/s/ Andrew C. Rawcliffe
ANDREW C. RAWCLIFFE
Attorneys for Defendants
City of Vallejo, Andrew Bidou, Greg Nyhoff, Mark Thompson, Bryan Glick, Anthony Romero-Cano, Colin Eaton, Jordon Patzer, Steven Darden, and Kyle Wylie

DATED: April 23, 2021

/s/ Derick E. Konz
DERICK E. KONZ
Attorneys for Defendant Ryan McMahon

DATED: April 23, 2021

/s/ Patrick M. Buelna
PATRICK M. BUELNA
Attorneys for Plaintiffs

**IT IS SO ORDERED**.

DATED: April 26, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE