**MELISSA C. NOLD, ESQ., SBN 301378**
**NOLD LAW**
521 Georgia Street,
Vallejo, California 94590
Tel: (707)644-4004
Email: melissa@noldlaw.com

**ADANTE POINTER, ESQ., SBN 236229**
**PATRICK BUELNA, ESQ., SBN 317043**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
Well Fargo Center
1901 Harrison St., Suite 1140,
Oakland, CA 94612
Tel: 510-929-5400
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

Attorney for PLAINTIFFS

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KORI MCCOY, et al. | Case No.: 2:19-cv-01191-JAM-CKD |
| Plaintiffs, | STIPULATION AND ORDER TO RESET THE CASE SCHEDULE |
| v. | |
| CITY OF VALLEJO, et al. | |
| Defendants. | |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants by and through their designated counsel, that:

WHEREAS, on June 27, 2019, Plaintiffs filed their Complaint. (Doc. 1).

WHEREAS, on November 18, 2019, Defendants file a Rule 12 motion.

WHEREAS, on January 23, 2020, the Court resolved Defendants' Rule 12 motion granting in part and denying in part, and permitting Plaintiffs to file a First Amended Complaint. (Doc. 12).

WHEREAS, on February 5, 2020, Plaintiffs filed a First Amended Complaint. (Doc. 13).

WHEREAS, on February 25, 2020, Defendants filed their Answer. (Doc. 15).

WHEREAS, the spread of the COVID-19 virus has caused the State of California Governor and the Counties of Alameda and San Francisco to issue a shelter-in-place order that severely limited business and strictly limited contact with other people that commenced March 23, 2020 and has not been lifted;

WHEREAS, the shelter-in-place order has closed the law offices of both parties' counsel and delayed their abilities to conduct discovery;

WHEREAS, on June 2, 2020, the Court issued the case schedule;

WHEREAS, on or about Sept. 18, 2020, the parties agreed to stay discovery while new counsels substituted in for Defendants.

WHEREAS, on or about November 10-13, 2020, Defendants' counsels substituted into the case. (Doc. 30-48).

WHEREAS, the parties had several discovery disputes and the parties resolved several of them, but which took time.

WHEREAS, the parties have previously requested one extension for discovery.

WHEREAS, the current discovery schedule is set as:

| | |
|---|---|
| **Discovery Cutoff:** | **March 4, 2022** |
| **Expert Witness Disclosures:** | **December 31, 2021** |
| **Rebuttal Expert Witness Disclosures:** | **January 14, 2022** |
| **Last Day to File Dispositive Motion** | **April 15, 2022** |
| **Dispositive Motion Hearing** | **June 7, 2022** |
| **Pretrial Conference** | **July 15, 2022** |

| | |
|---|---|
| **Trial** | **August 29, 2022** |

WHEREAS, the parties met and conferred and agreed to extend discovery dates and set case schedule as proposed below:

| | |
|---|---|
| **Discovery Cutoff:** | **June 3, 2022** |
| **Expert Witness Disclosures:** | **March 31, 2021** |
| **Rebuttal Expert Witness Disclosures:** | **May 2, 2022** |
| **Last Day to File Dispositive Motion:** | **July 15, 2022** |
| **Dispositive Motion Hearing** | **August 23, 2022 at 1:30 PM** |
| **Pretrial Conference** | **December 9, 2022 at 11:00 AM** |
| **Trial** | **January 30, 2023 at 9:00 AM** |

IT IS SO AGREED.

Dated: October 25, 2021

/s/Patrick M. Buelna
PATRICK M. BUELNA
Attorneys for Plaintiff

Dated: October 25, 2021

/s/John Abaci (Auth: 10-25-21)
JOHN ABACI
Attorneys for Defendants

Dated: October 25, 2021

/s/Derick Konz  (Auth: 10-25-21)
DERICK KONZ
Attorneys for Defendant MCMAHON

/
/
/
/
/

**IT IS SO ORDERED.**

Dated: October 26, 2021                    /s/ John A. Mendez
                                           _____
                                           THE HONORABLE JOHN A. MENDEZ
                                           UNITED STATES DISTRICT COURT JUDGE