VERONICA A.F. NEBB
City Attorney, State Bar No. 140001
RANDY J. RISNER
Chief Assistant City Attorney, State Bar No. 172552
KATELYN M. KNIGHT
Assistant City Attorney, State Bar No. 264573
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street
Vallejo, California 94590
Telephone:  (707) 648-4545
Facsimile:  (707) 648-4687
Email:  katelyn.knight@cityofvallejo.net

MICHAEL G. COLANTUONO, State Bar No. 143551
MColantuono@chwlaw.us
ANDREW C. RAWCLIFFE, State Bar No. 259224
ARawcliffe@chwlaw.us
NIKHIL S. DAMLE, State Bar No. 297350
NDamle@chwlaw.us
**COLANTUONO, HIGHSMITH & WHATLEY, PC**
420 Sierra College Drive, Suite 140
Grass Valley, California 95945-5091
Telephone:  (530) 432-7357
Facsimile:  (530) 432-7356

Attorneys for Defendants
CITY OF VALLEJO, ANDREW BIDOU, GREG NYHOFF, MARK THOMPSON, BRYAN GLICK, ANTHONY ROMERO-CANO, COLIN EATON, JORDON PATZER, STEVEN DARDEN, AND KYLE WYLIE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORI MCCOY, etc., et al.,<br><br>Plaintiffs,<br>v.<br>CITY OF VALLEJO, etc., et al.,<br><br>Defendants. | **CASE NO.: 2:19-cv-01191-JAM-CKD**<br><br>**STIPULATION ON DISMISSAL OF PLAINTIFFS' INDIVIDUAL CAPACITY BANE ACT CLAIMS UNDER THE FIFTH CAUSE OF ACTION**<br><br>Complaint Filed: June 27, 2019<br>SAC Filed: March 26, 2021<br>Trial Date: August 29, 2022 |

1

*Case No.* 2:19-cv-01191-JAM-CKD
**CERTIFICATE OF SERVICE**

IT IS HEREBY STIPULATED by and between Plaintiffs Kori McCoy, Marc McCoy, Louis McCoy, Shawnmell Mitchell, Marquita McCoy, and Barbara Dorsey ("Plaintiffs") and Defendants City of Vallejo, Andrew Bidou, Mark Thompson, Bryan Glick, Anthony Romero-Cano, Colin Eaton, Jordon Patzer, Steven Darden, Kyle Wylie and Ryan McMahon ("Defendants"[1]), referred to collectively as the "Parties," by and through their designated counsel, that:

WHEREAS, on September 9, 2021, the Parties held a meet and confer in compliance with section III of the Order re Filing Requirements, ECF No. 4-2, in anticipation of Defendants moving under Rule 12(c) to dismiss various causes of action pleaded in Plaintiffs' Second Amended Complaint's ("SAC") for their failure to state a claim.

WHEREAS, the Parties agreed during that meet and confer that Plaintiffs Kori McCoy, Marc McCoy, Louis McCoy, Shawnmell Mitchell, Marquita McCoy, and Barbara Dorsey cannot pursue individual capacity claims under the California Civil Code section 52.1 (Bane Act). *Bay Area Rapid Transit Dist. v. Superior Court*, 38 Cal.App.4th 141, 144–145 (1995) (*BART*)

WHEREAS, the Parties agreed that Plaintiffs Kori McCoy, Marc McCoy, Louis McCoy, Shawnmell Mitchell, and Barbara Dorsey[2] would voluntarily dismiss with prejudice their Bane Act claims (Cal. Civ. Code, § 52.1), which were brought in their individual capacity under the Fifth Cause of Action in the SAC and will not further pursue this claim for money, damages or penalties on their own behalf, except those sought as a successor-interest to decedent Willie McCoy.

NOW THEREFORE, the Parties, through their undersigned counsel below, hereby stipulate and agree:

1. Plaintiffs Kori McCoy's, Marc McCoy's, Louis McCoy's, Shawnmell Mitchell's, and Barbara Dorsey's state law claims for Bane Act violations (Cal. Civ. Code, § 52.1), which are brought in their individual capacity, under the Fifth Cause of Action in Plaintiffs' Second Amended Complaint are dismissed with prejudice.

---

[1] Defendant Ryan McMahon is represented separately by the law firm Angelo, Killday and Kilduff.

[2] Plaintiff Marquita McCoy's Bane Act claim was previously dismissed by stipulation for failure to file a timely government claim for damages. See Dkt. No. 97.

2   *Case No.* 2:19-cv-01191-JAM-CKD
**CERTIFICATE OF SERVICE**

DATED:  November 1, 2021

/s/ *Andrew C. Rawcliffe*
ANDREW C. RAWCLIFFE
Attorneys for Defendants
City of Vallejo, Andrew Bidou, Greg Nyhoff, Mark Thompson, Bryan Glick, Anthony Romero-Cano, Colin Eaton, Jordon Patzer, Steven Darden, and Kyle Wylie

DATED:  November 1, 2021

/s/ *Derick E. Konz*
DERICK E. KONZ
Attorneys for Defendant Ryan McMahon

DATED:  November 1, 2021

/s/ *Patrick M. Buelna*
PATRICK M. BUELNA
Attorneys for Plaintiffs

**IT IS SO ORDERED**.

DATED:  November 1, 2021    /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE