VERONICA A.F. NEBB
City Attorney, State Bar No. 140001
RANDY J. RISNER
Chief Assistant City Attorney, State Bar No. 172552
KATELYN M. KNIGHT
Assistant City Attorney, State Bar No. 264573
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street
Vallejo, California 94590
Telephone: (707) 648-4545
Facsimile: (707) 648-4687
Email: katelyn.knight@cityofvallejo.net

MICHAEL G. COLANTUONO, State Bar No. 143551
MColantuono@chwlaw.us
JOHN A. ABACI, State Bar No. 166493
JAbaci@chwlaw.us
ANDREW C. RAWCLIFFE, State Bar No. 259224
ARawcliffe@chwlaw.us
NIKHIL S. DAMLE, State Bar No. 297350
NDamle@chwlaw.us
**COLANTUONO, HIGHSMITH & WHATLEY, PC**
420 Sierra College Drive, Suite 140
Grass Valley, California 95945-5091
Telephone: (530) 432-7357
Facsimile: (530) 432-7356

Attorneys for Defendants
CITY OF VALLEJO, ANDREW BIDOU, MARK THOMPSON, BRYAN GLICK, ANTHONY ROMERO-CANO, COLIN EATON, JORDON PATZER, STEVEN DARDEN, AND KYLE WYLIE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORI MCCOY, etc., et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF VALLEJO, etc., et al., <br><br> Defendants. | **CASE NO.: 2:19-cv-01191-JAM-CKD** <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION TO COMPEL DISCOVERY** <br><br> Complaint Filed: June 27, 2019 <br> SAC Filed: March 26, 2021 <br> Trial Date: January 30, 2023 <br> Discovery Cut-off: June 3, 2022 <br> Motion Cut-off: July 15, 2022 |

1   Case No. 2:19-cv-01191-JAM-CKD
**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION TO COMPEL DISCOVERY**

270428.1

IT IS HEREBY STIPULATED by and between the Plaintiffs Kori McCoy, Marc McCoy, Louis McCoy, Shawnmell Mitchell, Marquita McCoy, and Barbara Dorsey ("Plaintiffs") and Defendants City of Vallejo, Andrew Bidou, Mark Thompson, Bryan Glick, Anthony Romero-Cano, Colin Eaton, Jordon Patzer, Steven Darden, Kyle Wylie and Ryan McMahon ("Defendants"), referred to collectively as the "Parties," by and through their designated counsel, that:

WHEREAS, on November 1, 2021, Plaintiffs filed with this Court a Notice of Discovery Dispute and Motion to Compel Disclosures pursuant to Local Rule 251, to be heard on December 1, 2021, at 10:00 A.M. before the Honorable Magistrate Judge Carolyn K. Delaney, in the United States District Court, Eastern District of California, Robert T. Matsui United States Courthouse, 500 I Street, Sacramento, California 95814, Courtroom 24, 8th Floor (via Zoom). The motion arises out of a discovery dispute between the Plaintiffs and the City.

WHEREAS, in accordance with Local Rule 251, the Plaintiffs and Defendants are required to file a Joint Statement Re Discovery Disagreement by no later than November 24, 2021, in order for the motion to remain on calendar.

WHEREAS, this date falls on a week during which the Thanksgiving holidays will occur and several people (especially employees of public agencies like Defendant City) typically take, and will be on, vacation throughout the week. Accordingly, availability for persons through their work schedules will be more limited during the time that a Joint Statement would need to be prepared and filed with the Court than nearly every other week of the year.

WHEREAS, for these reasons, City has requested that the hearing scheduled for December 1, 2021, be rescheduled to allow an additional two weeks for the Joint Statement to be filed in a timely manner under Local Rule 251.

WHEREAS, counsel of record for City and the Plaintiffs have contacted the Deputy Clerk and determined that the date of December 15, 2021, is available for a hearing on the motion.

NOW THEREFORE, the Parties, through their undersigned counsel below, hereby stipulate and agree:

1. The hearing on Plaintiffs' motion shall be continued from December 1, 2021, to December 15, 2021, at 10:00 A.M. before the Honorable Magistrate Judge Carolyn K.

Delaney, in the United States District Court, Eastern District of California, Robert T. Matsui United States Courthouse, 500 I Street, Sacramento, California 95814, Courtroom 24, 8th Floor (via Zoom).

2. The Parties hereby request the Court to enter the Proposed Order set forth below.

**IT IS SO STIPULATED.**

**Dated:  November 19, 2021**

*/s/ Carolyn K. Delaney*
_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Colantuono, Highsmith & Whatley, PC
420 SIERRA COLLEGE DRIVE, SUITE 140
GRASS VALLEY, CA 95945-5091

3    *Case No. 2:19-cv-01191-JAM-CKD*
**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION TO COMPEL DISCOVERY**

270428.1

DATED: November 18, 2021

                                             */s/ John A. Abaci*
JOHN A. ABACI
Attorneys for Defendants
City of Vallejo, Andrew Bidou, Mark Thompson, Bryan Glick, Anthony Romero-Cano, Colin Eaton, Jordon Patzer, Steven Darden, and Kyle Wylie

DATED: November 18, 2021

                                             */s/ Patrick M. Buelna*
PATRICK M. BUELNA
Attorneys for Plaintiffs

DATED: November 18, 2021

                                             */s/ Derick E. Konz*
DERICK E. KONZ
Attorneys for Defendant Ryan McMahon

Colantuono, Highsmith & Whatley, PC
420 SIERRA COLLEGE DRIVE, SUITE 140
GRASS VALLEY, CA 95945-5091

270428.1

4   *Case No. 2:19-cv-01191-JAM-CKD*
**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION TO COMPEL DISCOVERY**