UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORI MCCOY, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF VALLEJO, et al.,<br><br>    Defendants. | No. 2:19–cv–1191–JAM–CKD<br><br>SUPPLEMENTAL ORDER ON REQUEST TO SEAL<br><br>(ECF Nos. 136, 142) |

    On December 20, 2021, the court issued an order on defendants' request to file under seal documents in connection with plaintiffs' pending motion to compel. (ECF No. 142.) Defendants courteously called to the court's attention that this December 20th order neglected to rule on their proposed redactions to paragraphs 18, 21, 23, 25, 26 and 28 of the Kihmm Affidavit. The court now issues this supplemental order to address defendants' proposed redactions in those paragraphs.

    Again, the undersigned analyzes whether good cause exists to redact the information in question, based on defendants' sole argument presented: that the court should protect those portions of the Kihmm Affidavit that "disclose[] the contents of the investigatory file and the Department's internal deliberations on potential discipline." (Defendants' Supp. Br. at 11.) The court finds that only two small portions of the remaining six paragraphs defendants propose to redact actually contain either category of information.

Accordingly, it is HEREBY ORDERED THAT:

1. This order shall supplement the order on defendants' request to seal (ECF No. 136) filed December 20, 2021 (ECF No. 142);

2. In addition to the rulings contained in that order, the court further orders as follows with respect to defendants' proposed redactions of the Michael Kihmm affidavit:

    a. The proposed redaction within **paragraph 18** is DENIED.

    b. The proposed redaction of paragraph 21 is GRANTED IN PART: The first half of paragraph 21 (page 8, line 26 to page 9, line 3) shall remain redacted as it discloses the VPD's internal deliberations on potential discipline. **The second half of paragraph 21 (page 9, lines 4-10) shall not be redacted.**

    c. The proposed redaction of paragraph 23 is GRANTED IN PART: **Paragraph 23 shall not be redacted,** <u>except</u> to omit the identities of those whose investigatory interviews have already been produced.

    d. The proposed redactions of **paragraphs 25, 26, and 28** are DENIED.

3. If defendants require additional time to file the subject documents on the docket, in light of this supplemental order, they may so inform the court.

Dated:  December 21, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

19.mcco.1191

2