VERONICA A.F. NEBB
City Attorney, State Bar No. 140001
RANDY J. RISNER
Chief Assistant City Attorney, State Bar No. 172552
KATELYN M. KNIGHT
Assistant City Attorney, State Bar No. 264573
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street
Vallejo, California 94590
Telephone: (707) 648-4545
Facsimile: (707) 648-4687
Email: katelyn.knight@cityofvallejo.net

MICHAEL G. COLANTUONO, State Bar No. 143551
MColantuono@chwlaw.us
JOHN A. ABACI, State Bar No. 166493
JAbaci@chwlaw.us
ANDREW C. RAWCLIFFE, State Bar No. 259224
ARawcliffe@chwlaw.us
**COLANTUONO, HIGHSMITH & WHATLEY, PC**
420 Sierra College Drive, Suite 140
Grass Valley, California 95945-5091
Telephone: (530) 432-7357
Facsimile: (530) 432-7356

Attorneys for Defendants
CITY OF VALLEJO, ANDREW BIDOU, MARK
THOMPSON, BRYAN GLICK, ANTHONY ROMERO-
CANO, COLIN EATON, JORDON PATZER, STEVEN
DARDEN, AND KYLE WYLIE

Colantuono, Highsmith & Whatley, PC
420 SIERRA COLLEGE DRIVE, SUITE 140
GRASS VALLEY, CA 95945-5091

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORI MCCOY, et al.,<br><br><br>Plaintiffs,<br>v.<br>CITY OF VALLEJO, et al.,<br><br><br>Defendants. | **CASE NO.: 2:19-cv-01191-JAM-CKD**<br><br>**DEFENDANT CITY OF VALLEJO'S, ET AL. NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY**<br>(Local Rule 251)<br><br>Complaint Filed: June 27, 2019<br>SAC Filed: March 26, 2021<br>Trial Date: January 30, 2023<br>Discovery Cut-off: June 3, 2022<br>Motion Cut-off: July 15, 2022<br><br>Hearing Date: January 19, 2022<br>Time: 10:00 a.m.<br>Courtroom: 24, 8th Flr |

1

## <u>NOTICE AND MOTION TO COMPEL DISCOVERY</u>

2

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

3

PLEASE TAKE NOTICE that Defendants City of Vallejo, Andrew Bidou, Mark Thompson,

4 Bryan Glick, Anthony Romero-Cano, Colin Eaton, Jordon Patzer, Steven Darden, and Kyle Wylie

5 ("Defendants") will, pursuant to Local Rule 251, move the Court for: (a) an order under Federal

6 Rules of Civil Procedure Rule 37 to compel Plaintiffs Kori McCoy, Marc McCoy, Louis McCoy,

7 Shawnmell Mitchell, Marquita McCoy, and Barbara Dorsey to: 1) respond to discovery propounded

8 by Defendants; and 2) produce documents; and (b) an order under Federal Rules of Civil Procedure

9 Rule 36 to determine the sufficiency of answers to admissions requests by Plaintiffs Louis McCoy,

10 Kori McCoy, Marc McCoy, Shawnmell Mitchell, and Marquita McCoy. The hearing on this matter

11 will be on January 19, 2022, at 10:00 a.m., or as soon thereafter as this matter can be heard, in

12 Courtroom 24, 8th Floor, located at Robert T. Matsui United States Courthouse, 501 I Street

13 Sacramento, California 95814. Defendants have advised Plaintiffs of their intent to file this motion

14 and the relief sought.

15

16 DATED:  December 28, 2021

**COLANTUONO, HIGHSMITH &
WHATLEY, PC**

17

18

19

_____*/s/ John A. Abaci*_____
MICHAEL G. COLANTUONO
JOHN A. ABACI
ANDREW C. RAWCLIFFE
Attorneys for Defendants
CITY OF VALLEJO, ANDREW BIDOU, MARK
THOMPSON, BRYAN GLICK, ANTHONY
ROMERO-CANO, COLIN EATON, JORDON
PATZER, STEVEN DARDEN, AND KYLE
WYLIE

20

21

22

23

24

25

26

27

28

**MOTION TO COMPEL DISCOVERY UNDER LOCAL RULE 251**

272657.1

I, Lourdes Hernandez, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 790 East Colorado Boulevard, Suite 850, Pasadena, California 91101. My email address is: LHernandez@chwlaw.us. On December 28, 2021, I served the following document(s) on the interested parties in this action in the following manner:

**DEFENDANT CITY OF VALLEJO'S, ET AL. NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY (Local Rule 251)**

☐ **BY MAIL**: The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Pasadena, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after service of deposit for mailing in affidavit.

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION**: Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, by causing the documents to be sent to the persons at the e-mail addresses listed on the attached service list on December 28, 2021, from e-mail address: LHernandez@chwlaw.us. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on December 28, 2021, at Pasadena, California.

_____
Lourdes Hernandez

**Colantuono, Highsmith & Whatley, PC**
420 SIERRA COLLEGE DRIVE, SUITE 140
GRASS VALLEY, CA 95945-5091