VERONICA A.F. NEBB
City Attorney, State Bar No. 140001
RANDY J. RISNER
Chief Assistant City Attorney, State Bar No. 172552
KATELYN M. KNIGHT
Assistant City Attorney, State Bar No. 264573
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street
Vallejo, California 94590
Telephone: (707) 648-4545
Facsimile: (707) 648-4687
Email: katelyn.knight@cityofvallejo.net

MICHAEL G. COLANTUONO, State Bar No. 143551
MColantuono@chwlaw.us
JOHN A. ABACI, State Bar No. 166493
JAbaci@chwlaw.us
ANDREW C. RAWCLIFFE, State Bar No. 259224
ARawcliffe@chwlaw.us
**COLANTUONO, HIGHSMITH & WHATLEY, PC**
420 Sierra College Drive, Suite 140
Grass Valley, California 95945-5091
Telephone: (530) 432-7357
Facsimile: (530) 432-7356

Attorneys for Defendants
CITY OF VALLEJO, ANDREW BIDOU, MARK THOMPSON, BRYAN GLICK, ANTHONY ROMERO-CANO, COLIN EATON, JORDON PATZER, STEVEN DARDEN, AND KYLE WYLIE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORI MCCOY, etc., et al., | **CASE NO.: 2:19-cv-01191-JAM-CKD** |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON CITY'S MOTION TO COMPEL DISCOVERY** |
| v. | |
| CITY OF VALLEJO, etc., et al., | Complaint Filed: June 27, 2019 |
| Defendants. | SAC Filed: March 26, 2021 |
| | Trial Date: January 30, 2023 |
| | Discovery Cut-off: June 3, 2022 |
| | Motion Cut-off: July 15, 2022 |

1   *Case No. 2:19-cv-01191-JAM-CKD*
**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON CITYS' MOTION TO COMPEL DISCOVERY**

273036.1

IT IS HEREBY STIPULATED by and between the Plaintiffs Kori McCoy, Marc McCoy, Louis McCoy, Shawnmell Mitchell, Marquita McCoy, and Barbara Dorsey ("Plaintiffs") and Defendants City of Vallejo, Andrew Bidou, Mark Thompson, Bryan Glick, Anthony Romero-Cano, Colin Eaton, Jordon Patzer, Steven Darden, Kyle Wylie and Ryan McMahon ("Defendants"), referred to collectively as the "Parties," by and through their designated counsel, that:

WHEREAS, on December 28, 2021, all Defendants with the exception of Ryan McMahon, who is represented by separate counsel (hereinafter referred to as "City") filed with this Court a Notice of Motion and Motion to Compel Disclosures pursuant to Local Rule 251, to be heard on January 19, 2022, at 10:00 A.M. before the Honorable Magistrate Judge Carolyn K. Delaney, in the United States District Court, Eastern District of California, Robert T. Matsui United States Courthouse, 500 I Street, Sacramento, California 95814, Courtroom 24, 8th Floor (via Zoom). The motion arises out of a discovery dispute between the City and Plaintiffs.

WHEREAS, in accordance with Local Rule 251, the City and Plaintiffs are required to file a Joint Statement Re Discovery Disagreement by no later than January 12, 2022, in order for the motion to remain on calendar.

WHEREAS, the City and Plaintiffs are in the process of attempting to resolve the motion informally and believe that they will know whether they will be able to do so if the hearing is continued for two weeks, to the date of February 2, 2022.

WHEREAS, for these reasons, City and Plaintiffs are requesting that the hearing scheduled for January 19, 2022, be rescheduled to allow an additional two weeks for the City and Plaintiffs to attempt to work out their differences and enable the Joint Statement to be filed in a timely manner under Local Rule 251.

WHEREAS, counsel of record for City and Plaintiffs have contacted the Courtroom Deputy and determined that the date of February 2, 2022, is available for a hearing on the motion.

NOW THEREFORE, the Parties, through their undersigned counsel below, hereby stipulate and agree:

1. The hearing on City's motion shall be continued from January 19, 2022, to February 2, 2022, at 10:00 A.M. before the Honorable Magistrate Judge Carolyn K. Delaney, in the

1  United States District Court, Eastern District of California, Robert T. Matsui United
2  States Courthouse, 500 I Street, Sacramento, California 95814, Courtroom 24, 8th Floor
3  (via Zoom).
4  2. The Parties hereby request the Court to enter the Proposed Order set forth below.
5  **IT IS SO STIPULATED.**

DATED: January 7, 2022

/s/ John A. Abaci
JOHN A. ABACI
Attorneys for Defendants
City of Vallejo, Andrew Bidou, Mark Thompson, Bryan Glick, Anthony Romero-Cano, Colin Eaton, Jordon Patzer, Steven Darden, and Kyle Wylie

DATED: January 7, 2022

/s/ Patrick M. Buelna
PATRICK M. BUELNA
Attorneys for Plaintiffs

DATED: January 7, 2022

/s/ Derick E. Konz
DERICK E. KONZ
Attorneys for Defendant Ryan McMahon

**IT IS SO ORDERED.**

Dated: January 7, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE