VERONICA A.F. NEBB
City Attorney, State Bar No. 140001
RANDY J. RISNER
Chief Assistant City Attorney, State Bar No. 172552
KATELYN M. KNIGHT
Assistant City Attorney, State Bar No. 264573
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street
Vallejo, California 94590
Telephone:  (707) 648-4545
Facsimile:  (707) 648-4687
Email:  katelyn.knight@cityofvallejo.net

MICHAEL G. COLANTUONO, State Bar No. 143551
MColantuono@chwlaw.us
ANDREW C. RAWCLIFFE, State Bar No. 259224
ARawcliffe@chwlaw.us
JOHN A. ABACI, State Bar No. 166493
JAbaci@chwlaw.us
**COLANTUONO, HIGHSMITH & WHATLEY, PC**
420 Sierra College Drive, Suite 140
Grass Valley, California 95945-5091
Telephone:  (530) 432-7357
Facsimile:  (530) 432-7356

Attorneys for Defendants
CITY OF VALLEJO, ANDREW BIDOU, GREG NYHOFF,
MARK THOMPSON, BRYAN GLICK, ANTHONY
ROMERO-CANO, COLIN EATON, JORDON PATZER,
STEVEN DARDEN, AND KYLE WYLIE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORI MCCOY, etc., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF VALLEJO, etc., et al.,<br><br>Defendants. | **CASE NO.: 2:19-cv-01191-JAM-CKD**<br><br>**STIPULATION ON DISMISSAL OF CLAIMS AND SUBSTITUTING DECEDENT'S ESTATE FOR HIS SIBLINGS AS SUCCESSORS-IN-INTEREST**<br><br>Complaint Filed:   June 27, 2019<br>SAC Filed:             March 26, 2021<br>Trial Date:             August 29, 2022 |

1    *Case No. 2:19-cv-01191-JAM-CKD*
STIPULATION ON DISMISSAL OF CLAIMS AND
SUBSTITUTING DECEDENT'S ESTATE FOR HIS SIBLINGS AS SUCCESSORS-IN-INTEREST

274041.3

IT IS HEREBY STIPULATED by and between Plaintiffs Kori McCoy, Marc McCoy, Louis McCoy, Shawnmell Mitchell, Marquita McCoy, and Barbara Dorsey ("Plaintiffs"), on the one hand, and Defendants City of Vallejo, Andrew Bidou, Mark Thompson, Bryan Glick, Anthony Romero-Cano, Colin Eaton, Jordon Patzer, Steven Darden, Kyle Wylie and Ryan McMahon ("Defendants"),[1] on the other, referred to collectively as the "Parties," by and through their designated counsel, that:

WHEREAS, the Parties were at an impasse over Plaintiffs' responses to discovery served in February, May and June 2021; Defendants reserved a hearing on that dispute before Judge Carolyn K. Delaney on February 2, 2022 at 10:00 am; and Defendants served their portion of their Eastern District Local Rule 251(c) Joint Statement ("Joint Statement") on January 20, 2022.

WHEREAS, on January 24, 2022, Plaintiff Louis McCoy filed a petition for probate of decedent Willie McCoy's estate ("Estate") and to be appointed the Estate's personal representative in Alameda County Superior Court (Case No. RP22119835) ("Probate Petition") and Plaintiffs expect the Alameda County Superior Court to grant the Probate Petition on March 7, 2022.

WHEREAS, Plaintiffs informed Defendants on January 24, 2022 of the above Probate Petition and that Plaintiffs intend decedent Willie McCoy's Estate to pursue his survivor claims rather than Plaintiffs as his successors-in-interest; that Plaintiffs Kori McCoy, Marc McCoy, Shawnmell Mitchell, Marquita McCoy and Barbara Dorsey have agreed to voluntarily dismiss, with prejudice, all their individual, personal-capacity claims for damages, specifically their wrongful death claims under the Second Amended Complaint's (SAC) fourth and sixth causes of action, and will not further pursue these or any other claim for money or damages on their own behalf.

WHEREAS, upon dismissal, Plaintiff Louis McCoy will be the sole plaintiff in this action to pursue individual, personal-capacity claims for wrongful death and the Estate's survivor claims as its personal representative.

WHEREAS, the Parties agree that the Estate's substitution for decedent's successors-in-interest and Plaintiffs Kori McCoy's, Marc McCoy's, Shawnmell Mitchell's, Marquita McCoy's and

---

[1] Defendant Ryan McMahon is represented separately by Angelo, Kilday & Kilduff LLP.

Colantuono, Highsmith & Whatley, PC
420 SIERRA COLLEGE DRIVE, SUITE 140
GRASS VALLEY, CA 95945-5091

274041.3

Barbara Dorsey's voluntary dismissal, with prejudice, of their individual, personal-capacity claims affects the discovery dispute that is the subject of Defendants' Joint Statement, and thus Defendants have agreed to take off-calendar the February 2 hearing before Judge Carolyn K. Delaney.

NOW THEREFORE, the Parties, through their undersigned counsel below, hereby stipulate and agree:

1. Plaintiffs Kori McCoy, Marc McCoy, Shawnmell Mitchell, and Barbara Dorsey's individual-capacity claims brought under the Fourth and Sixth Causes of Action in Plaintiffs' Second Amended Complaint shall be dismissed with prejudice.

2. Plaintiffs Kori McCoy's, Marc McCoy's, Shawnmell Mitchell's, Marquita McCoy's and Barbara Dorsey's survivor claims brought under the First through Seventh Causes of Action shall be dismissed without prejudice.

3. Plaintiffs Kori McCoy, Marc McCoy, Shawnmell Mitchell, Marquita McCoy and Barbara Dorsey shall be dismissed as plaintiffs in this action.

4. Within 20 days of an order of the Alameda County Superior Court granting Plaintiff Louis McCoy's petition to probate the estate of decedent Willie McCoy and his appointment as the estate's personal representative, Plaintiff Louis McCoy may amend the Second Amendment Complaint (SAC) to designate himself as the estate's personal representative and to the estate in for himself, as successor-in-interest, so that decedent's estate may pursue decedent Willie McCoy's survival claims.

DATED:  January 26, 2021

　　　　　　　　　　　　　　　　　　　　 */s/ Andrew C. Rawcliffe*
　　　　　　　　　　　　　　　　　　　　ANDREW C. RAWCLIFFE
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　City of Vallejo, Andrew Bidou, Greg Nyhoff, Mark Thompson, Bryan Glick, Anthony Romero-Cano, Colin Eaton, Jordon Patzer, Steven Darden, and Kyle Wylie

DATED: January 25, 2021

/s/ Derick E. Konz
DERICK E. KONZ
Attorneys for Defendant Ryan McMahon

DATED: January 25, 2021

/s/ Patrick M. Buelna
PATRICK M. BUELNA
Attorneys for Plaintiffs

**IT IS SO ORDERED**.   By:_____
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT
JUDGE

**CERTIFICATE OF SERVICE**
*Kori McCoy, et al. v. City of Vallejo, et al.*
United States District Court, Eastern District
Case No. 2:19-cv-01191-JAM-CKD

I, Lourdes Hernandez, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 790 East Colorado Boulevard, Suite 850, Pasadena, California 91101. My email address is: LHernandez@chwlaw.us. On January 26, 2022, I served the document(s) described as **STIPULATION ON DISMISSAL OF CLAIMS AND SUBSTITUTING DECEDENT'S ESTATE FOR HIS SIBLINGS AS SUCCESSORS-IN-INTEREST** reon the interested parties in this action addressed as follows:

☒ **BY ELECTRONIC TRANSMISSION**: I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Eastern District by using the CM/ECF system on January 26, 2022. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the USDC, Eastern District CM/ECF system.

I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on January 26, 2022, at Pasadena, California.

_____
Lourdes Hernandez