**MELISSA C. NOLD, ESQ., SBN 301378**
**NOLD LAW**
521 Georgia Street,
Vallejo, California 94590
Tel: (707)644-4004
Email: melissa@noldlaw.com

**ADANTE POINTER, ESQ., SBN 236229**
**PATRICK BUELNA, ESQ., SBN 317043**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
Well Fargo Center
1901 Harrison St., Suite 1140,
Oakland, CA 94612
Tel: 510-929-5400
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

Attorney for PLAINTIFFS

**MELISSA C. NOLD, ESQ., SBN 301378**
**NOLD LAW**
521 Georgia Street,
Vallejo, California 94590
Tel: (707)644-4004
Email: melissa@noldlaw.com

**ADANTE POINTER, ESQ., SBN 236229**
**PATRICK BUELNA, ESQ., SBN 317043**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
Well Fargo Center
1901 Harrison St., Suite 1140,
Oakland, CA 94612
Tel: 510-929-5400
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

Attorney for PLAINTIFFS

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORI MCCOY, et al. | Case No.: 2:19-cv-01191-JAM-CKD |
| Plaintiffs, | STIPULATION AND ORDER TO CONTINUE CASE DEADLINES |
| v. | |
| CITY OF VALLEJO, et al. | |
| Defendants. | |

STIPULATION AND ORDER
- 1

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants by and through their designated counsel, that:

WHEREAS, the parties have worked diligently to conduct discovery and resolve disputes;

WHEREAS, the parties have worked to narrow the case and claims;

WHEREAS, on January 26, 2022, Magistrate Judge Delaney resolved a discovery dispute that substantially impacted the parties ability to conduct depositions and caused the production of several hundreds of documents that would impact the expert disclosures;

WHEREAS, the current discovery schedule is set as:

| | |
|---|---|
| **Discovery Cutoff:** | **June 3, 2022** |
| **Expert Witness Disclosures:** | **March 31, 2021** |
| **Rebuttal Expert Witness Disclosures:** | **May 2, 2022** |
| **Last Day to File Dispositive Motion:** | **May 15, 2022** |
| **Dispositive Motion Hearing** | **June 28, 2022 at 1:30 PM** |
| **Pretrial Conference** | **December 9, 2022 at 10 AM** |
| **Trial** | **January 30, 2023 at 9 AM** |

WHEREAS, the parties met and conferred and agreed to extend discovery dates and set case schedule as proposed below:

| | |
|---|---|
| **Discovery Cutoff:** | **November 18, 2022** |
| **Expert Witness Disclosures:** | **September 16, 2022** |
| **Rebuttal Expert Witness Disclosures:** | **September 30, 2022** |
| **Last Day to File Dispositive Motion:** | **December 30, 2022** |
| **Dispositive Motion Hearing** | **February 28, 2023 at 1:30 PM** |
| **Pretrial Conference** | **April 14, 2023 at 10:00 AM** |
| **Trial** | **May 29, 2023 at 9:00 AM** |

IT IS SO AGREED.

1  Dated: March 16, 2022

2                                                                         /s/Patrick M. Buelna
                                                                            PATRICK M. BUELNA
3                                                                           Attorneys for Plaintiff

4  Dated: March 16, 2022

5                                                                         /s/John Abaci (Auth: 3-16-2022)
                                                                            JOHN ABACI
6                                                                           Attorneys for Defendants

7  Dated: March 16, 2022

8                                                                         /s/Derick Konz   (Auth: 3-16-2022)
                                                                            DERICK KONZ
9                                                                           Attorneys for Defendant MCMAHON

10  /
    /
11  /
    /
12  /

13

14     **IT IS SO ORDERED.**

15

16
    Dated:  March 16, 2022          /s/ John A. Mendez
17                                   THE HONORABLE JOHN A. MENDEZ
                                     UNITED STATES DISTRICT COURT JUDGE
18

19

20

21

22

23

24

25