VERONICA A.F. NEBB
City Attorney, State Bar No. 140001
RANDY J. RISNER
Chief Assistant City Attorney, State Bar No. 172552
KATELYN M. KNIGHT
Assistant City Attorney, State Bar No. 264573
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street
Vallejo, California 94590
Telephone:  (707) 648-4545
Facsimile:   (707) 648-4687
Email:  katelyn.knight@cityofvallejo.net

MICHAEL G. COLANTUONO, State Bar No. 143551
MColantuono@chwlaw.us
JOHN A. ABACI, State Bar No. 166493
JAbaci@chwlaw.us
ANDREW C. RAWCLIFFE, State Bar No. 259224
ARawcliffe@chwlaw.us
**COLANTUONO, HIGHSMITH & WHATLEY, PC**
420 Sierra College Drive, Suite 140
Grass Valley, California 95945-5091
Telephone:  (530) 432-7357
Facsimile:   (530) 432-7356

Attorneys for Defendants
CITY OF VALLEJO, ANDREW BIDOU, MARK THOMPSON, BRYAN GLICK, ANTHONY ROMERO-CANO, COLIN EATON, JORDON PATZER, STEVEN DARDEN, AND KYLE WYLIE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORI MCCOY, etc., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF VALLEJO, etc., et al.,<br><br>Defendants. | **CASE NO.: 2:19-cv-01191-JAM-CKD**<br><br>**JOINT STIPULATION AND ORDER REGARDING PRODUCTION AND DISCLOSURE OF WILLIE MCCOY'S FACEBOOK AND INSTAGRAM RECORDS AND THEIR AUTHENTICITY**<br><br>Complaint Filed:  June 27, 2019<br>SAC Filed:  March 26, 2021<br>Trial Date:  August 29, 2022<br>Discovery Cut-off:  November 18, 2022<br>Motion Cut-off:  May 29, 2023 |

1                                    *Case No. 2:19-cv-01191-JAM-CKD*
JOINT STIPULATION AND ORDER REGARDING PRODUCTION AND DISCLOSURE OF WILLIE
MCCOY'S FACEBOOK AND INSTAGRAM RECORDS AND THEIR AUTHENTICITY

242941.1
285076.v1

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Louis McCoy in his individual capacity and as Willie McCoy's successor-in-interest and putative personal representative for his estate ("Plaintiff") and Defendants City of City of Vallejo, Andrew Bidou, Mark Thompson, Bryan Glick, Anthony Romero-Cano, Colin Eaton, Jordon Patzer, Stever Darden, Kyle Wylie and Ryan McMahon ("Defendants"), referred to collectively as "Parties," by and through their designated counsel that:

WHEREAS, the Parties held a discovery conference in anticipation of Plaintiff moving to quash Defendants' FRCP 45 subpoena to Meta for "all Facebook and Instagram accounts for Willie James McCoy, DOB     /98, including but not limited to account 'williebo' User Id#3266463367, all of the following in their original format, including any meta data; subscriber information, contact information; min-feed; status update history; posts; shares; notes; stories; friend and group lists; videos; photos; messages; and IP logs" ("Meta Subpoena");

WHEREAS, the Parties agreed during the discovery conference to submit the dispute to Judge Carolyn K. Delany for resolution through the Informal Discovery Procedure under Local Rule 251 and were ordered (ECF 157) to file Joint Letter Brief, which the Parties filed on April 18, 2022;

WHEREAS, on April 28, 2022, an Informal Discovery Conference Call was held before Judge Delaney and upon considering the Parties' Joint Letter Brief and the argument of their counsel, the Court found the subpoenaed records were discoverable and good cause existed for their production in the suit but no formal order followed;

WHEREAS, the Parties met and conferred after the Informal Discovery Conference Call and during that conference of counsel, Defendants agreed to limit the timeframe of the Meta Subpoena to five years before the February 9, 2019 incident (or January 2014 – February 9, 2019) and Plaintiff agreed to the release and Meta's production of the subpoenaed records for that five year timeframe;

WHEREAS, the Parties further agreed that good cause existed to stipulate to the authenticity of Willie McCoy's Instagram and Facebook records produced in response to the Meta Subpoena and an earlier criminal warrant (COV-McCoy 005950–013519); and

WHEREAS, Meta has a policy and practice of objecting to the release of user records and data in response to civil subpoenas without user consent and even where consent is given directs the

2   Case No. 2:19-cv-01191-JAM-CKD
JOINT STIPULATION AND ORDER REGARDING PRODUCTION AND DISCLOSURE OF WILLIE MCCOY'S FACEBOOK AND INSTAGRAM RECORDS AND THEIR AUTHENTICITY

242941.1
285076.v1

Colantuono, Highsmith & Whatley, PC
420 SIERRA COLLEGE DRIVE, SUITE 140
GRASS VALLEY, CA 95945-5091

user to respond by downloading the content directly through their account but in this instance the user is deceased and the account is inaccessible to the Parties.

IT IS THEREFORE STIPULATED, the Parties, through their undersigned counsel, hereby stipulate and agree:

1. The Court shall order Meta to produce all Willie James McCoy's, DOB ___ /98, Facebook and Instagram account(s) data and records from January 2014 – February 9, 2019 — including, but is not limited, for the Instagram account 'williebo', User Id#3266463367. The records and data shall be produced in a format in which all associated metadata is preserved and accessible to the Parties — including, for example, the user's posts, shares, notes, stories, videos, photos, messages, and IP logs ("McCoy's Instagram / Facebook Records"). McCoy's Instagram / Facebook Records shall be produced within ten (10) calendar days of the Court's signing of the proposed order.

2. Meta's production shall be subject to the terms of the stipulated Protective Order (ECF 21).

3. The Meta, Facebook, and/or Instagram records and data produced in response to compulsory process (e.g., this Order or the earlier criminal warrant [COV-McCoy 005950–013519]) shall be deemed authentic for purposes of this lawsuit.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**

DATED: July 6, 2022            **COLANTUONO, HIGHSMITH & WHATLEY, PC**

_/s/ Andrew C. Rawcliffe_
MICHAEL G. COLANTUONO
JOHN A. ABACI
ANDREW C. RAWCLIFFE
Attorneys for Defendants
CITY OF VALLEJO, ANDREW BIDOU, MARK THOMPSON, BRYAN GLICK, ANTHONY ROMERO-CANO, COLIN EATON, JORDON PATZER, STEVEN DARDEN, AND KYLE WYLIE

Colantuono, Highsmith & Whatley, PC
420 SIERRA COLLEGE DRIVE, SUITE 140
GRASS VALLEY, CA 95945-5091

242941.1
285076.v1

3   Case No. 2:19-cv-01191-JAM-CKD
JOINT STIPULATION AND ORDER REGARDING PRODUCTION AND DISCLOSURE OF WILLIE MCCOY'S FACEBOOK AND INSTAGRAM RECORDS AND THEIR AUTHENTICITY

DATED: July 5, 2022

                */s/ Derick E. Konz*
DERICK E. KONZ
Attorneys for Defendant RYAN MCMAHON

DATED: July 5, 2022

                */s/ Patrick M. Buelna*
PATRICK M. BUELNA
Attorneys for Plaintiff LOUIS MCCOY in individual capacity and as successor-in-interest to WILLIE MCCOY

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**Dated: July 6, 2022**

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE