1  Julie E. Schwartz, Bar No. 260624
   JSchwartz@perkinscoie.com
2  **PERKINS COIE LLP**
   3150 Porter Dr.
3  Palo Alto, CA 94304-1212
   Telephone: 650.838.4300
4  Facsimile: 650.838.4350

5  Attorneys for Non-Party
   Meta Platforms, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MCCOY, et al. | Case No.: 2:19-cv-01191-JAM-CKD |
|---|---|
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND COMPLIANCE DATE OF ORDER** |
| v. | Current Response Date: July 18, 2022 |
| CITY OF VALLEJO, et al. | New Response Date: July 22, 2022 |
| Defendants. | |

**TO THE COURT AND ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

Pursuant to Local Rule 144, Defendants City of Vallejo, Andrew Bidou, Mark Thompson, Bryan Glick, Anthony Cano, Colin Eaton, Jordon Patzer, Steven Darden, Kyle Wylie and non-party Meta Platforms, Inc. ("Meta"), through their attorneys, agree to extend the compliance date of the Court's July 6, 2022 Order [Dkt No. 163] Regarding Production and Disclosure of Willie McCoy's Facebook and Instagram Records and Their Authenticity (the "Order") from July 18, 2022 to July 22, 2022.

Defendants and Meta declare the following in support of the extension:

1. On July 6, 2022, Plaintiffs and Defendants stipulated to the Order requiring Meta to produce the content of Willie McCoy's Facebook and Instagram accounts within 10 days of the Order.

2. Meta received the Order on July 8, 2022.

3. The current compliance date is July 18, 2022.

4. To allow Meta time to evaluate the Order and meet and confer with counsel, Meta and Defendants have agreed to extend the compliance date of the Order to July 22, 2022.

5. No other extension of time has been previously obtained related to this matter.

6. The compliance date of the Order shall now be July 22, 2022.

**SO STIPULATED BY:**

DATED: July 18, 2022                **PERKINS COIE LLP**

By: */s/ Julie Schwartz*
Julie Schwartz, Bar No. 260624
JSchwartz@perkinscoie.com

Attorneys for Non-Party
META PLATFORMS, INC.

DATED: July 18, 2022

**COLANTUONO, HIGHSMITH & WHATLEY, PC**

By: */s/ Matthew C. Slentz*
      MATTHEW C. SLENTZ

Attorneys for Defendants
CITY OF VALLEJO, ANDREW BIDOU, MARK THOMPSON, BRYAN GLICK, ANTHONY CANO, COLIN EATON, JORDON PATZER, STEVEN DARDEN, KYLE WYLIE

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: July 19, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE