VERONICA A.F. NEBB
City Attorney, State Bar No. 140001
RANDY J. RISNER
Chief Assistant City Attorney, State Bar No. 172552
KATELYN M. KNIGHT
Assistant City Attorney, State Bar No. 264573
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street
Vallejo, California 94590
Telephone:  (707) 648-4545
Facsimile:   (707) 648-4687
Email:  katelyn.knight@cityofvallejo.net

MICHAEL G. COLANTUONO, State Bar No. 143551
MColantuono@chwlaw.us
JOHN A. ABACI, State Bar No. 166493
JAbaci@chwlaw.us
ANDREW C. RAWCLIFFE, State Bar No. 259224
ARawcliffe@chwlaw.us
**COLANTUONO, HIGHSMITH & WHATLEY, PC**
790 East Colorado Boulevard Drive, Suite 850
Pasadena, California 91101-2109
Telephone:  (213) 542-5700
Facsimile:   (213) 542-5710

Attorneys for Defendants
CITY OF VALLEJO, ANDREW BIDOU, MARK THOMPSON, BRYAN GLICK, ANTHONY ROMERO-CANO, COLIN EATON, JORDON PATZER, STEVEN DARDEN, AND KYLE WYLIE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORI MCCOY, etc., et al., | **CASE NO.: 2:19-cv-01191-JAM-CKD** |
| Plaintiffs, | **STIPULATION AND ORDER TO CONTINUE CASE DEADLINES** |
| v. | |
| CITY OF VALLEJO, etc., et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants by and through their designated counsel, that:

WHEREAS, the parties have worked diligently to conduct discovery and resolve disputes;

WHEREAS, the parties have worked to narrow the case and claims, resulting in Plaintiff filing a Third Amended Complaint since the setting of the last case schedule;

WHEREAS, the parties have agreed upon and implemented an expeditious deposition schedule which through no fault of any of the parties has needed to be delayed to accommodate witnesses' schedules, such delay impacting the timing of expert discovery and closing of discovery deadlines;

WHEREAS, the current case schedule is set as:

| | |
|---|---|
| **Discovery Cutoff** | **November 18, 2022** |
| **Expert Witness Disclosures** | **September 16, 2022** |
| **Rebuttal/Supplemental Expert Witness Disclosures** | **September 30, 2022** |
| **Last Day to File Dispositive Motion** | **December 30, 2022** |
| **Dispositive Motion Hearing** | **February 28, 2023 at 1:30 PM** |
| **Joint Mid-Litigation Statement Filing Deadline** | **November 4, 2022** |
| **Pretrial Conference** | **April 14, 2023 at 10 AM** |
| **Trial** | **May 29, 2023 at 9 AM** |

WHEREAS, the parties have met and conferred and agreed to extend discovery dates and set case schedule as proposed below:

| | |
|---|---|
| **Discovery Cutoff** | **January 6, 2023** |
| **Expert Witness Disclosures** | **October 31, 2022** |
| **Rebuttal/Supplemental Expert Witness Disclosures** | **November 14, 2022** |
| **Last Day to File Dispositive Motion** | **March 15, 2023** |
| **Dispositive Motion Hearing** | **May 17, 2023 at 1:30 PM** |
| **Joint Mid-Litigation Statement Filing Deadline** | **December 23, 2022** |
| **Pretrial Conference** | **September 15, 2023 at 10:00 AM** |
| **Trial** | **October 30, 2023 at 9:00 AM** |

IT IS SO AGREED.

Dated: August 26, 2022

/s/Patrick M. Buelna (Auth)
PATRICK M. BUELNA
Attorneys for Plaintiff

Dated: August 26, 2022

/s/John Abaci)
JOHN ABACI
Attorneys for Defendants

Dated: August 26, 2022

/s/Derick Konz (Auth)
DERICK KONZ
Attorneys for Defendant MCMAHON

**IT IS SO ORDERED.**

Dated: August 29, 2022            /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  SENIOR UNITED STATES DISTRICT JUDGE

*Case No.* 2:19-cv-01191-JAM-CKD
**STIPULATION AND ORDER**