VERONICA A.F. NEBB
City Attorney, State Bar No. 140001
RANDY J. RISNER
Chief Assistant City Attorney, State Bar No. 172552
KATELYN M. KNIGHT
Assistant City Attorney, State Bar No. 264573
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street
Vallejo, California 94590
Telephone:  (707) 648-4545
Facsimile:  (707) 648-4687
Email:  katelyn.knight@cityofvallejo.net

MICHAEL G. COLANTUONO, State Bar No. 143551
MColantuono@chwlaw.us
JOHN A. ABACI, State Bar No. 166493
JAbaci@chwlaw.us
ANDREW C. RAWCLIFFE, State Bar No. 259224
ARawcliffe@chwlaw.us
**COLANTUONO, HIGHSMITH & WHATLEY, PC**
790 East Colorado Boulevard Drive, Suite 850
Pasadena, California 91101-2109
Telephone:  (213) 542-5700
Facsimile:  (213) 542-5710

Attorneys for Defendants
CITY OF VALLEJO, ANDREW BIDOU, MARK
THOMPSON, BRYAN GLICK, ANTHONY ROMERO-
CANO, COLIN EATON, JORDON PATZER, STEVEN
DARDEN, AND KYLE WYLIE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORI MCCOY, etc., et al., | **CASE NO.: 2:19-cv-01191-JAM-CKD** |
| Plaintiffs, | **STIPULATION AND ORDER TO CONTINUE CASE DEADLINES** |
| v. | |
| CITY OF VALLEJO, etc., et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants by and through their designated counsel, that:

WHEREAS, the parties have worked diligently to conduct discovery;

WHEREAS, since the setting of the last case schedule, the magistrate judge has decided discovery disputes between the parties resulting in the re-noticing and continuation of depositions and

Colantuono, Highsmith & Whatley, PC
790 EAST. COLORADO BOULEVARD, SUITE 850
PASADENA, CA 91101-2109

continuing fact discovery which is impacting expert discovery and discovery cutoff timelines;

WHEREAS, the impact on expert discovery and discovery cutoff timelines also has an effect on the remaining dates on the case schedule;

WHEREAS, due to these circumstances, it is very unlikely that the parties can comply with the current discovery dates and case schedule;

WHEREAS, the current case schedule is set as:

| | |
|---|---|
| **Discovery Cutoff** | **April 14, 2023** |
| **Expert Witness Disclosures** | **February 13, 2023** |
| **Rebuttal/Supplemental Expert Witness Disclosures** | **February 27, 2023** |
| **Last Day to File Dispositive Motion** | **June 29, 2023** |
| **Dispositive Motion Hearing** | **August 22, 2023 at 1:30 PM** |
| **Joint Mid-Litigation Statement Filing Deadline** | **March 31, 2023** |
| **Pretrial Conference** | **October 20, 2023 at 11:00 AM** |
| **Trial** | **December 4, 2023 at 9:00 AM** |

WHEREAS, the parties have met and conferred and agreed to extend discovery dates and set the case schedule as proposed below:

| | |
|---|---|
| **Discovery Cutoff** | **July 31, 2023** |
| **Expert Witness Disclosures** | **May 31, 2023** |
| **Rebuttal/Supplemental Expert Witness Disclosures** | **June 14, 2023** |
| **Last Day to File Dispositive Motion** | **September 22, 2023** |
| **Dispositive Motion Hearing** | **December 12, 2023 at 1:30 PM** |
| **Joint Mid-Litigation Statement Filing Deadline** | **July 17, 2023** |
| **Pretrial Conference** | **February 2, 2024 at 10:00 AM** |
| **Trial** | **April 1, 2024 at 9:00 AM** |

Colantuono, Highsmith & Whatley, PC
790 EAST. COLORADO BOULEVARD, SUITE 850
PASADENA, CA 91101-2109

IT IS SO AGREED.

Dated:  February 2, 2023

*/s/ Patrick M. Buelna (Auth:02/02/2023)*
PATRICK M. BUELNA
Attorneys for Plaintiff

Dated:  February 1, 2023

*/s/ John A. Abaci*
JOHN A. ABACI
Attorneys for Defendants

Dated:  February 2, 2023

*/s/ Derick E. Konz (Auth:02/02/2023)*
DERICK E. KONZ
Attorneys for Defendant MCMAHON

**IT IS SO ORDERED.**

Dated:  February 2, 2023                          /s/ John A. Mendez

THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

Colantuono, Highsmith & Whatley, PC
790 EAST. COLORADO BOULEVARD, SUITE 850
PASADENA, CA 91101-2109