VERONICA A.F. NEBB
City Attorney, State Bar No. 140001
RANDY J. RISNER
Chief Assistant City Attorney, State Bar No. 172552
KATELYN M. KNIGHT
Assistant City Attorney, State Bar No. 264573
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street
Vallejo, California 94590
Telephone:  (707) 648-4545
Facsimile:   (707) 648-4687
Email:  katelyn.knight@cityofvallejo.net

MICHAEL G. COLANTUONO, State Bar No. 143551
MColantuono@chwlaw.us
ANDREW C. RAWCLIFFE, State Bar No. 259224
ARawcliffe@chwlaw.us
JOHN A. ABACI, State Bar No. 166493
JAbaci@chwlaw.us
**COLANTUONO, HIGHSMITH & WHATLEY, PC**
420 Sierra College Drive, Suite 140
Grass Valley, California 95945-5091
Telephone:  (530) 432-7357
Facsimile:   (530) 432-7356

Attorneys for Defendants
CITY OF VALLEJO, ANDREW BIDOU, GREG NYHOFF, MARK THOMPSON, BRYAN GLICK, ANTHONY ROMERO-CANO, COLIN EATON, JORDON PATZER, STEVEN DARDEN, AND KYLE WYLIE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORI MCCOY, etc., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF VALLEJO, etc., et al.,<br><br>Defendants. | **CASE NO.: 2:19-cv-01191-JAM-CKD**<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT STEVEN DARDEN WITH PREJUDICE; ORDER**<br><br>Complaint Filed:  June 27, 2019<br>TAC Filed:  August 15, 2022<br>Trial Date:  April 1, 2024 |

1   *Case No.* 2:19-cv-01191-JAM-CKD

**STIPULATION OF DISMISSAL OF DEFENDANT STEVEN DARDEN**

308536.v1

IT IS HEREBY STIPULATED by and between Plaintiffs Louis McCoy and the Estate of Willie McCoy ("Plaintiffs"), on the one hand, and Defendants City of Vallejo, Andrew Bidou, Mark Thompson, Bryan Glick, Anthony Romero-Cano, Colin Eaton, Jordon Patzer, Steven Darden, Kyle Wylie and Ryan McMahon ("Defendants"),[1] on the other, referred to collectively as the "Parties," by and through their designated counsel, that Plaintiffs shall dismiss any and all of their claims against Defendant Steven Darden, with prejudice, and that Defendant Steven Darden will be dismissed as a defendant in the instant action.

NOW THEREFORE, the Parties, through their undersigned counsel below, hereby stipulate and agree:

1. Plaintiffs' Eighth Cause of Action for Supervisor Liability against **Defendant Steven Darden** in this action shall be and is **dismissed**, with prejudice.

2. Defendant Steven Darden shall be and is dismissed as defendant in the action.

DATED: May 19, 2023

/S/ ANDREW C. RAWCLIFFE
ANDREW C. RAWCLIFFE
Attorneys for Defendants
City of Vallejo, Andrew Bidou, Greg Nyhoff, Mark Thompson, Bryan Glick, Anthony Romero-Cano, Colin Eaton, Jordon Patzer, Steven Darden, and Kyle Wylie

DATED: May 19, 2023

/S/ DERICK E. KONZ
DERICK E. KONZ
Attorneys for Defendant Ryan McMahon

---

[1] Defendant Ryan McMahon is represented separately by Angelo, Kilday & Kilduff LLP.

DATED: May 19, 2023  /S/ PATRICK M. BUELNA
PATRICK M. BUELNA
Attorneys for Plaintiffs

**IT IS SO ORDERED**.

Dated: May 22, 2023  /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

3  *Case No.* 2:19-cv-01191-JAM-CKD
**STIPULATION OF DISMISSAL OF DEFENDANT STEVEN DARDEN**