VERONICA A.F. NEBB
City Attorney, State Bar No. 140001
RANDY J. RISNER
Chief Assistant City Attorney, State Bar No. 172552
KATELYN M. KNIGHT
Assistant City Attorney, State Bar No. 264573
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street
Vallejo, California 94590
Telephone: (707) 648-4545
Facsimile: (707) 648-4687
Email: katelyn.knight@cityofvallejo.net

MICHAEL G. COLANTUONO, State Bar No. 143551
MColantuono@chwlaw.us
JOHN A. ABACI, State Bar No. 166493
JAbaci@chwlaw.us
ANDREW C. RAWCLIFFE, State Bar No. 259224
ARawcliffe@chwlaw.us
**COLANTUONO, HIGHSMITH & WHATLEY, PC**
790 East Colorado Boulevard Drive, Suite 850
Pasadena, California 91101-2109
Telephone: (213) 542-5700
Facsimile: (213) 542-5710

Attorneys for Defendants
CITY OF VALLEJO, ANDREW BIDOU, MARK THOMPSON, BRYAN GLICK, ANTHONY ROMERO-CANO, COLIN EATON, JORDON PATZER, STEVEN DARDEN, AND KYLE WYLIE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORI MCCOY, etc., et al., | **CASE NO.: 2:19-cv-01191-JAM-CKD** |
| Plaintiffs, | **STIPULATION AND ORDER TO CONTINUE CASE DEADLINES** |
| v. | |
| CITY OF VALLEJO, etc., et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants by and through their designated counsel, that:

WHEREAS, the parties have worked diligently to conduct discovery and resolve disputes;

WHEREAS, since setting the last case schedule, the parties have encountered the need to reschedule several depositions due to various factors that were no fault of their own which has resulted in the need to continue taking depositions during the coming months;

WHEREAS, the need to take depositions after this date will result in expert discovery not meeting the current deadline of May 31, which is now less than two weeks away and will delay other discovery deadlines;

WHEREAS, such delay will also affect the timing of other court proceedings following discovery and the trial;

WHEREAS, the parties through their counsel have come to the agreement that it will be very unlikely that they can meet the deadlines of the current case schedule given these circumstances;

WHEREAS, the Court has indicated that it will be able to accommodate the case schedule that the parties now propose through this stipulation and proposed order;

WHEREAS, the current case schedule is set as:

| | |
|---|---|
| **Discovery Cutoff** | **July 31, 2023** |
| **Expert Witness Disclosures** | **May 31, 2023** |
| **Rebuttal/Supplemental Expert Witness Disclosures** | **June 14, 2023** |
| **Last Day to File Dispositive Motion** | **September 22, 2023** |
| **Dispositive Motion Hearing** | **December 12, 2023 at 1:30 PM** |
| **Joint Mid-Litigation Statement Filing Deadline** | **July 17, 2023** |
| **Pretrial Conference** | **February 2, 2024 at 10 AM** |
| **Trial** | **April 1, 2024 at 9 AM** |

WHEREAS, the parties have met and conferred and agreed to extend discovery dates and set the case schedule as proposed below:

| | |
|---|---|
| **Discovery Cutoff** | **December 1, 2023** |
| **Expert Witness Disclosures** | **September 29, 2023** |

| | |
|---|---|
| **Rebuttal/Supplemental Expert Witness Disclosures** | October 13, 2023 |
| **Last Day to File Dispositive Motion** | February 2, 2024 |
| **Dispositive Motion Hearing** | April 9, 2024 at 1:30 PM |
| **Joint Mid-Litigation Statement Filing Deadline** | 14 days prior to close of discovery |
| **Final Pretrial Conference** | June 28, 2024 at 10:00 AM |
| **Trial** | August 12, 2024 at 9:00 AM |

IT IS SO AGREED.

DATED:  May 22, 2023              */S/ PATRICK M. BUELNA*
                                  PATRICK M. BUELNA
                                  Attorneys for Plaintiff

DATED:  May 22, 2023              */S/ JOHN A. ABACI*
                                  JOHN A. ABACI
                                  Attorneys for Defendants
                                  City of Vallejo, Andrew Bidou, Greg Nyhoff, Mark Thompson, Bryan Glick, Anthony Romero-Cano, Colin Eaton, Jordon Patzer, Steven Darden, and Kyle Wylie

DATED:  May 22, 2023              */S/ DERICK E. KONZ*
                                  DERICK E. KONZ
                                  Attorneys for Defendant Ryan McMahon

Colantuono, Highsmith & Whatley, PC
420 SIERRA COLLEGE DRIVE, SUITE 140
GRASS VALLEY, CA 95945-5091

3   *Case No.* 2:19-cv-01191-JAM-CKD
**STIPULATION AND ORDER TO CONTINUE CASE DEADLINES**

309856.v1

## ORDER MODIFYING PRETRIAL SCHEDULING ORDER

Based on the stipulation of the parties and good cause appearing, the Pretrial Scheduling Order, is **MODIFIED** as follows:

| | |
|---|---|
| Discovery Cutoff | **December 1, 2023** |
| Expert Witness Disclosures | **September 29, 2023** |
| Rebuttal/Supplemental Expert Witness Disclosures | **October 13, 2023** |
| Last Day to File Dispositive Motion | **February 2, 2024** |
| Dispositive Motion Hearing | **April 9, 2024, at 1:30 PM** |
| Joint Mid-Litigation Statement Filing Deadline | 14 days prior to close of discovery |
| Final Pretrial Conference | **June 28, 2024, at 10:00 AM** |
| Trial | **August 12, 2024, at 9:00 AM** |

Counsel shall contact Judge Mendez' courtroom deputy, M York, via e-mail at myork@caed.uscourts.gov, prior to filing a stipulation and proposed order to continue the dates set forth in this order.

**IT IS SO ORDERED.**

Dated: May 22, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE