1  VERONICA A.F. NEBB
   City Attorney, State Bar No. 140001
2  KATELYN M. KNIGHT
   Assistant City Attorney, State Bar No. 264573
3  **CITY OF VALLEJO**, City Hall
   555 Santa Clara Street
4  Vallejo, California 94590
   Telephone: (707) 648-4545
5  Facsimile: (707) 648-4687
   Email: katelyn.knight@cityofvallejo.net
6
   MICHAEL G. COLANTUONO, State Bar No. 143551
7  mcolantuono@chwlaw.us
   ANDREW C. RAWCLIFFE, State Bar No. 259224
8  arawcliffe@chwlaw.us
   MATTHEW C. SLENTZ, State Bar No. 285143
9  mslentz@chwlaw.us
   **COLANTUONO, HIGHSMITH & WHATLEY, PC**
10 790 E. Colorado Boulevard, Suite 850
   Pasadena, California 91101-2109
11 Telephone:    (213) 542-5700
   Facsimile:    (213) 542-5710
12
   Attorneys for Defendants
13 CITY OF VALLEJO, ANDREW BIDOU,
   MARK THOMPSON, BRYAN GLICK,
14 ANTHONY ROMERO-CANO, COLIN EATON,
   JORDON PATZER, AND KYLE WYLIE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORI MCCOY, etc., et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>CITY OF VALLEJO, etc., et al.,<br><br>  Defendant. | Case No. 2:19-cv-01191-JAM-CKD<br><br>**DEFENDANTS CITY OF VALLEJO'S, ET AL. FURTHER NOTICE OF DISCOVERY DISPUTE AND MOTION TO COMPEL DISCOVERY PURSUANT TO EASTERN DISTRICT LOCAL RULE 251**<br><br>Judge:   Hon. Carolyn K. Delaney<br>Date:    November 15, 2023<br>Time:    10:00 A.M.<br>Dept.:   24 (Remote)<br><br>Complaint Filed:    June 27, 2019<br>TAC Filed:          August 15, 2022<br>Trial Date:         August 12, 2024<br>Discovery Cut-Off:  December 1, 2023<br>Motion Cut-Off:     February 2, 2024 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Eastern District Local Rule 251, Plaintiffs will move to compel the deposition of former VPD Chief Shawnie Williams and seek sanctions for destruction of Defendant McMahon's personnel file.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Eastern District Local Rule 251, Defendants City of Vallejo ("City") and Kyle Wylie (together, "Defendants") will move to compel Plaintiffs to obtain and produce juvenile records from the Solano County Superior Court related to Decedent Willie McCoy, as requested by the City's Requests for Production of Documents to Louis McCoy, Set Four. Defendants will further move to compel responses or further responses to the following discovery, served on or about March 21, 2022 and December 20, 2022:

- Kyle Wylie's Requests for Production of Documents to Louis McCoy, Set One.
- Kyle Wylie's Interrogatories to Louis McCoy, Set One.
- Kyle Wylie's Requests for Admission to Louis McCoy, Set One.
- City's Interrogatories to Louis McCoy, Set Two.
- City's Requests for Production of Documents to Louis McCoy, Set Two.

The hearing will take place on November 15, 2023 at 10:00 A.M. before Hon. Carolyn K. Delaney, in the United State District Court, Eastern District, Robert T. Matsui United States Courthouse 501 I Street Sacramento, CA 95814 Courtroom 24, 8th floor.

DATED: October 11, 2023

**COLANTUONO, HIGHSMITH & WHATLEY, PC**

*/s/ Matthew C. Slentz*
MICHAEL G. COLANTUONO
ANDREW C. RAWCLIFFE
MATTHEW C. SLENTZ
Attorneys for Defendants
CITY OF VALLEJO, ANDREW BIDOU, MARK THOMPSON, BRYAN GLICK, ANTHONY ROMERO-CANO, COLIN EATON, JORDON PATZER, AND KYLE WYLIE