VERONICA A.F. NEBB
City Attorney, State Bar No. 140001
RANDY J. RISNER
Chief Assistant City Attorney, State Bar No. 172552
KATELYN M. KNIGHT
Assistant City Attorney, State Bar No. 264573
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street
Vallejo, California 94590
Telephone: (707) 648-4545
Facsimile: (707) 648-4687
Email: katelyn.knight@cityofvallejo.net

MICHAEL G. COLANTUONO, State Bar No. 143551
MColantuono@chwlaw.us
JOHN A. ABACI, State Bar No. 166493
JAbaci@chwlaw.us
ANDREW C. RAWCLIFFE, State Bar No. 259224
ARawcliffe@chwlaw.us
MATTHEW C. SLENTZ, State Bar No. 285143
MSlentz@chwlaw.us
**COLANTUONO, HIGHSMITH & WHATLEY, PC**
420 Sierra College Drive, Suite 140
Grass Valley, California 95945-5091
Telephone: (530) 432-7357
Facsimile: (530) 432-7356

Attorneys for Defendants
CITY OF VALLEJO, ANDREW BIDOU, MARK THOMPSON, BRYAN GLICK, ANTHONY ROMERO-CANO, COLIN EATON, JORDON PATZER, AND KYLE WYLIE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORI MCCOY, etc., et al., | **CASE NO.: 2:19-cv-01191-JAM-CKD** |
| Plaintiffs, | |
| v. | **ORDER ON DEFENDANTS, CITY OF VALLEJO'S, ET AL., REQUEST TO SEAL JOINT STATEMENT AND SUPPORTING DOCUMENTS (LOCAL RULE 141)** |
| CITY OF VALLEJO, etc., et al., | |
| Defendants. | |

## ORDER

Defendants City of Vallejo, Andrew Bidou, Mark Thompson, Bryan Glick, Anthony Romero-Cano, Collin Eaton, Jordon Patzer, and Kyle Wylie's Request To Seal Joint Statement and Supporting Documents having come before this Court and the Court having considered the arguments, papers, and records on file, with good cause appearing under Rule 26(c) of the Federal Rules of Civil Procedure for the City's request, the Court now makes the following Orders:

1. Pages City 002 - 003 (Declaration of Matthew C. Slentz) shall be filed under seal.

2. Pages City 008 -021 (Exhibit L [City's Petition for Access to Juvenile Case File, filed June 15, 2022 in Solano County Case No. J40937])  shall be filed under seal.

3. Pages City 023 - 024 (Exhibit M [Order on Petition for Access to Juvenile Case File, filed July 15, 2022, in Solano County Case No. J40937]) shall be filed under seal.

4. Pages City 035 - 051 (Exhibit O [Certified Reporter's Transcript of Proceedings for July 24, 2023 in Solano County Case No. J40937]) shall be filed under seal.

5. Pages City 053 - 061 (Exhibit P [Notice of Entry of Order Authorizing Preparation of Transcript of Juvenile Records Petition Hearing on Remittitur and Providing Petitioner Copy of Transcript, filed August 31, 2023 in in Solano County Case No. J40937]) shall be filed under seal.

6. Pages City 063 - 070 (Exhibit Q [Plaintiffs' Opposition to the City's Petition to Inspect Juvenile Delinquency Records in Solano County Case No. J40937]) shall be filed under seal.

7. Pages City 115 - 135 (Exhibit W [portions of the confidential transcript of the Deposition of Ryan McMahon, dated June 23, 2023]) shall be filed under seal.

8. Pages City 137 - 144 (Exhibit X [emails regarding Officer Ryan McMahon's personnel record, from October 24, 2018 to October 25, 2018]) shall be filed under seal.

9. Pages City 146 - 152 (Exhibit Y [Ryan McMahon's 2018 Employee Performance Evaluation]) shall be filed under seal.

10. Pages City 158 - 159 (portions of Declaration of Patrick Buelna) shall be filed under seal.

11. Pages City 162 - 165 (Plaintiff's Exhibit 1 [Performance Improvement Plan for

Officer Ryan McMahon]) shall be filed under seal.

12. Pages City 169 - 178 (Plaintiff's Exhibit 2 [portions of the confidential transcript of the Deposition of Ryan McMahon, dated June 23, 2023, pp. 68-77]) shall be filed under seal.

13. Pages City 184 - 185 (Plaintiff's Exhibit 3 [portions of the confidential transcript of John Whitney dated May 25, 2023, pp. 199, 200, 382, 383, and 581)]) shall be filed under seal.

14. Pages City 212 - 213 (Plaintiff's Exhibit 5 [portions of the confidential transcript of John Whitney dated January 24, 2023, pp. 1, 2, 98, 196 and 197]) shall be filed under seal.

15. Page City 219 (Plaintiff's Exhibit 6 [portions of the confidential transcript of Andrew Bidou dated February 2, 2023, p. 155]) shall be filed under seal.

16. Pages City 227 - 229, 232 - 233, 235 - 237, 239 - 243, 247 – 249, 253 - 258 (portions of Joint Statement of Parties [pp. 2–4, 7–8, 10–12, 14–18, 22–24, 28–33]) shall be filed under seal.

IT IS SO ORDERED

Dated: November 13, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE