UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORI MCCOY, et al., | No. 2:19-cv-01191-JAM-CKD |
| Plaintiffs, | |
| v. | <u>ORDER</u> |
| CITY OF VALLEJO, et al., | |
| Defendants. | |

On November 22, 2023, the court held an informal discovery conference regarding the plaintiffs' claim that they had inadvertently produced privileged information in a report which defendants wished to use during a deposition. (ECF No. 214.) The court has reviewed the report and concludes that redaction is appropriate. Plaintiffs have provided a redacted report and the court finds that the proposed redactions are appropriate based on attorney-client privilege and work product. The court further finds that production of the materials should be considered inadvertent pursuant to 5.3 of the Stipulated Protective Order. (<u>See</u> ECF No. 21). The original

/////

/////

/////

/////

1

report sent to defendants in error shall be destroyed and the redacted version used. The plaintiffs' proposed redacted version shall be filed by the court on the docket under seal, such that the record of the court's action is clear.

    IT IS SO ORDERED.

Dated: December 7, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

21,mcco.1191