UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KORI MCCOY, et al.,

    Plaintiffs,

    v.

CITY OF VALLEJO, et al.,

    Defendants.

No. 2:19-cv-01191-JAM-CKD

ORDER

On January 3, 2024, the parties attended a settlement conference and reached a resolution. (ECF No. 221.) The court ordered dispositional papers to be filed within 60 days, i.e., by March 3, 2024. (Id.) As part of the resolution, the parties agreed that plaintiffs would be able to file a motion to challenge confidentiality of certain documents. Before this court is plaintiffs' motion to extend deadline to file dispositional documents and to set briefing schedule to challenge confidential designations. (ECF No. 222.)

**I.    Briefing Schedule**

Plaintiffs state that the parties met and conferred regarding a briefing schedule for plaintiffs' challenge of confidentiality of certain discovery documents and agreed on the following briefing schedule:

- By March 22, 2024 – Plaintiffs will serve Defendants with a meet and confer letter

identifying documents to be challenged.

- By April 5, 2024 – Plaintiffs will file a motion to challenge the confidentiality of any documents Defendants intend to maintain the designation.
- By April 19, 2024 – Defendants will file their opposition brief.
- By April 29, 2024 – Plaintiffs will their reply brief.

(Id. at 2.)  Defendants do not oppose the setting of a briefing schedule and raise no issue with the deadlines proposed by plaintiffs.  (ECF No. 223.)  Accordingly, the court hereby ADOPTS the deadlines set forth above.

## II. Request to Extend Deadline

In addition, plaintiffs request that the court extend the deadline to file dispositional documents.  (ECF No. 222.)  Plaintiff does not provide any basis or authority for this request.  Defendants oppose plaintiffs' request to extend the deadline to file dispositional papers, as the settlement has already been paid and any motion to challenge the confidentiality designation can occur after disposition.  (ECF No. 223 at 2-3.)  Accordingly, the court DENIES plaintiff's request to extend the deadline to file dispositional papers.  Plaintiffs are to file dispositional papers within seven days of this order.

IT IS SO ORDERED.

Dated:  March 18, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

21,mcco.1191

2