1  **VERONICA A.F. NEBB**
City Attorney, SBN 140001
2  **KATELYN M. KNIGHT**
Assistant City Attorney, SBN 264573
3  **CITY OF VALLEJO**, City Hall
4  555 Santa Clara Street Vallejo, California 94590
Telephone: (707) 648-4545
5  Facsimile: (707) 648-4687
6  Email: katelyn.knight@cityofvallejo.net

7  **MICHAEL G. COLANTUONO**, SBN 143551
mcolantuono@chwlaw.us
8  **ANDREW C. RAWCLIFFE**, SBN 259224
9  arawcliffe@chwlaw.us
**MATTHEW C. SLENTZ**, SBN 285143
10  mslentz@chwlaw.us
**COLANTUONO, HIGHSMITH & WHATLEY, PC**
11  420 Sierra College Drive, Suite 140
12  Grass Valley, CA 95945-5091
Telephone: (530) 432-7357
13  Facsimile: (530) 432-7356

14
Attorneys for Defendants CITY OF VALLEJO, ANDREW BIDOU,
15  MARK THOMPSON, BRYAN GLICK, ANTHONY ROMERO-CANO,
COLIN EATON, JORDON PATZER, AND KYLE WYLIE
16

17              **UNITED STATES DISTRICT COURT**
18
              **FOR THE EASTERN DISTRICT OF CALIFORNIA**
19

20  LOUIS MCCOY, et al.,                    Case No. 2:19-cv-01191-JAM-CKD

21              Plaintiffs,                 **STIPULATION FOR DISMISSAL**
                                             **[FRCP 41(a)(1)(A)]**
22      v.

23  CITY OF VALLEJO, et al.,

24
                Defendants.
25

26

27      **IT IS HEREBY STIPULATED** by and between the parties to this action through

28  their designated counsel that this action be and is hereby dismissed with prejudice pursuant

---

Case No. 2:19-cv-01191-JAM-CKD                    STIPULATION FOR DISMISSAL
                                                  [FRCP 41(a)(1)(A)]
-1-

to FRCP 41(a)(1)(A)(ii) and the parties' written settlement agreement.

DATED: January 18, 2024

/s/*Patrick Buelna*_____
ADANTE POINTER
PATRICK BUELNA
Attorney for Plaintiff LOUIS MCCOY

DATED: January 18, 2024

*/s/ Katelyn M. Knight*_____
KATELYN M. KNIGHT
Assistant City Attorney
Attorney for Defendants CITY OF VALLEJO, ANDREW BIDOU, MARK THOMPSON, BRYAN GLICK, ANTHONY ROMERO-CANO, COLIN EATON, JORDON PATZER, AND KYLE WYLIE

DATED: January 18, 2024

/s/_____
DERICK E. KONZ
Attorney for Defendant RYAN MCMAHON

DATED: January 18, 2024

**COLANTUONO, HIGHSMITH & WHATLEY, PC**

*/s/ Andrew C. Rawcliffe*_____
MICHAEL G. COLANTUONO
ANDREW C. RAWCLIFFE
MATTHEW C. SLENTZ
Attorneys for Defendants
CITY OF VALLEJO, ANDREW BIDOU, MARK THOMPSON, BRYAN GLICK, ANTHONY ROMERO-CANO, COLIN EATON, JORDON PATZER, AND KYLE WYLIE