UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS McCOY, et al., | No. 2:19-cv-01191-JAM-CKD |
| Plaintiff, | |
| v. | ORDER |
| CITY OF VALLEJO, et al., | |
| Defendants. | |

Before the court is the motion of John R. Brown, a non-party expert witness for defendants, to compel plaintiff to pay the fee for his November 16, 2023 deposition. (ECF No. 236.) In his motion, Brown requested payment "in the amount of $1,000 as set forth in the fee letter" plus interest. (Id. at 2.) In a subsequent brief filed March 10, 2025, Brown stated that he had received a $1000 payment. However, he continues to request interest and "additional costs/fees associated with filing the Motion to Compel and Request for Sanctions." (ECF No. 240 at 2-3.)

On February 28, 2025, plaintiff filed a motion to strike Brown's motion to compel, noting that this case has been dismissed with prejudice pursuant to a settlement and that, in any event, Brown is not a party to this this action. (ECF No. 237.) On March 5, 2025, the district judge assigned to this action referred these motions to the undersigned.

In his motion, Brown seeks relief under Federal Rule of Civil Procedure 26(b)(4)(E),

1

which provides in relevant part: "Unless manifest injustice would result, the court must require that the party seeking discovery . . . pay the expert a reasonable fee for time spent in responding to discovery under Rule 26(b)(4)(A)," which concerns the deposition of an expert witness. The rule says nothing about interest or sanctions for late payment. Even assuming <u>arguendo</u> that the court has jurisdiction to adjudicate a motion for monetary sanctions by a non-party in a closed case, Brown has not cited any legal authority for his assertion that plaintiff owes him more than the contracted fee of $1000, which he has already received. If Brown wishes to assert a claim for damages against plaintiff, he is free to pursue it in another case. This one, however, has been settled by the parties and is closed.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Brown's motion to compel payment and issue sanctions (ECF No. 236) is DENIED; and

2. Plaintiff's motion to strike motion to compel (ECF No. 237) is DENIED as moot.

Dated: April 28, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/mcco1191.expert_ord

2